FILED by _PG_ D.C.

MAY 0 4 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: none As oF now

Lynn Edward Hamlet
(Enter the full name of the plaintiff in this action)

cat / div 550/1983/F 7P
Case # _____
Judge _____ Mag White
Motn Ifp yes Fee pd $ ____
Receipt # _____

v.

Martin Correctional Institution,
Sgt. Coney
Officer K. Schullheiss
LT. Pensing.
The Claims oR Related And Same incident, now And PAst.
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.    **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.    Name of plaintiff: Lynn Edward Hamlet

Inmate #: #037110

Address: Martin Correctional Institution, 1150 S.W., Allapattah Road, Indiantown, Florida, 34956

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.    Defendant: Officer K. Schultheiss

is employed as Officer hear. At Martin

at Martin Correctional Institution.

C.    Additional Defendants: Sgt. Coney

Sgt. of T.A.'s, new Officers now working for, D.O.C. At Martin Correctional Institution.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

LT. OR lieutenanT Pensing work up Front, OFFice.

Food Service DieecTor Mr. MitchAl, here At MARTin CoRRecTionAl

II.     **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

When leaving the eAting AREA oR Chow hall OFFiceR, SchulTheiss CAll me A bitch FoR no reAson, oTher, than me wRiting her And her husbAnd up FoR, ViolAtions At MARTin. I Am (66) yeARs old and have, Type one diAbetes. I had jusT come ouT OF A, diAbetic comA (30) minutes beFoRe, And hAd no, Appetite. I put (3) ounces oF Rice in A bAg to, eAt when my Appetite RetuRn. When eveR An inmAte, is CAugh with so liTTle oF Food, iT is taken An put, in the gARbAge. No one is put in CoFinement. But, becAuse oF OFFiceR SchulTheiss And, the lAdy lieutenanT PRejudice, I wAs CoFine becAuse OF, my Color, And (3) ounces oF Rice, this has neveR been done, beFoRe,

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

OFFicer or Sgt. Coney was Right there when OFFicer Schulthejss Call me A bitch, And she never said A thing to her Fellow OFFicer Schultheiss For A Violations, of the Conduct Rules of OFFicers here At Martin. There were OFFicial Misconduct by All three OFFicers.

## III.   Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statute.

For the third degree Criminal Act, False OFFicial, Statment, Providing False information. to Further, A Crime, third degree Felony. $20,000 dollars. For the 1983 under the Civil Rights Act, 42 U.S.C. 1983 To 1988 For the Criminal Act For The 1983 violations lost oF job.

## IV.   Jury Demand

Do you demand a jury trial?   ☑Yes   ☐No

OFFicer Schultheiss was written up in the past For, False inFormation, on a written D.R.

1. She said I inmate Lynn E. Hamlet, came At her with, a Raised walking cane screaming And hollowing At her, in the South Side Ally way Alone, And she was Alone, two times in under (15) minutes. I was charge with, disorderly conduct. This OFFicer Schultheiss told A Flatout, lie. I Am 6'6", And was waighing 225 pounds then, And OFFicer Schultheiss said I came At her with A, weapon, And she never hit the panic button.

Every Since then it been harestment every time I, go to eat, Keep coming by me to make me uneasy. Calling me names, And talking About me to other, T.A's, or other new OFFicers.

Department OF correction policy, is to not curse, inmates For nothing, to not Retaliate For written, Reports, on them, or Other.

I never see the lieutenant or OFFicer Schultheiss, do white inmates, like they do blacks.

OFFicer Schultheiss husband lieutenant Schultheiss, was written up by me inmate Hamlet, For Refusing, to let me eat After taking my insulin, which, can kill me. The Same with his wife OFFicer, Schultheiss, Keep harasting me in the Chow hall After, seeing me, Cursing me And hurring me to get out. IF I don't eat Fast And I don't have no, or Any teeths, OFFicer SchoTizes will keep haresting me, And try to put, me out oF the Chow hall. I have written OFFicers up but

## Statement Of Claim

This is A Claim oF prejudice by All three OFFicers, And A Crime For providing False information, Stat.837.06. Stat. 838.022 OFFicial Misconduct

The lieutenant [Pensing] For not even Asking me what happon, OFFicial misconduct, did use Criminal use of D.O.C. Policy to Facilitate or Further A Crime, providing False, information it A Crime under Stat. 837.06.

The lieutenant [Pensing] lady And OFFicer Schultheiss, togeather, did A False; Prejudice; Fictitious And Fraudulent Act, They diden't Follow Department OF Correction policy, And unlawFully Filing False Statement.

Sgt. Coney has A job to do, And not play buddy, buddy, with OFFicers below her. When Sgt. Coney sees A, Rights or D.O.C. policy Violation, she is paid to Act, on that violation.

These Actions by the lieutenant [Pensing]; Sgt. Coney; And, OFFicer Schultheiss is A Flagrant disregard OF, Department OF Correction policy.

Sgt. Coney And the Other OFFicers new I just came, out of A diabetic Coma And needed Food, but, because prejudice And violation oF my Rights, I was, use For Retaliation of past grievancies written Against, OFFicer Schultheiss, And her husband lieutenant Schultheiss, IF Any oF the Spelling is wrong I will correct them.

4 - OF - 5 (B)

All of These Officers Are in violation under, Section, 1983, 42, U.S.C. For Officers Misconduct, Prejudice, Fraudulent Acts of trying to make me, go into A diabetic Coma, by seeing that I don't eat, or properly.

All of these violations Are Criminal Acts, And in violation, of Department of Correction policy.
1.) Violations by Criminal Acts, unlawfully Filing False, documents, Stat. 817,535.
2.) Officer Misconduct, Stat. 838,022.
3.) Criminal use of Department of Correction policy, to Further A Crime, False Official Statement, Stat. 837.06.
4. Projudice Against Blacks or inmates that wright her up for violating of D.O.C. policys., Officer Shultheiss,
5. Reteliation For wrighting Officer ShulTheiss up.

Violation of Lieutenant Pensing.
Not interviewing inmate before cofinement, braking, Department of Correction policy, And percedures.
1. The Start of the problem, is Officer Pensing, or lieutenant Pensing not Following policy of Doc..
2. not Asking how I Feel After coming out of A, diabetic Coma.
3. Sending me to coFinement For A minor infraction, (30) minutes After coming out of A Coma. no one has ever been put in coFinement For (3), ounces of Rice, Surely not A diabetic After coming, out of A Coma.(1.) Prejudice by LT. Pensing And Officer, Schultheiss.

(D.) False And prejudice Statement is A Criminal,
Act under Stat. 837.06, third degree Felony.
This is A Criminal Act by Lieutenant Pensing And,
Officer Schultheiss, And Sgt. Coney For not doing,
nothing when she heard Officer Schultheiss, break,
Policy Calling me A bitch For no violations, OR,
Reason, Violation Under Section 1983, 42, U.S.C., Prejudice,
And Criminal Acts.
Criminal Stat. 817.155.

2.)     The Supreme Court
Has interpreted these Acts to Allow liability to Attach,
Where State Official Act outside there scope,
Of Authority granted to them by State.
3.) individual State employees Can be sued For damages,
   OR injunctive Relief.

3.) Action by the Plaintiff can Result in liability even,
if the defendant Abuses the position given to him by,
the State.
4.) exhaustion of Administrative And State Remedies,
   is not A prerequisite to A section 1983 Action.
5.) There is no limit on Actual damages.
6.) local State, and State Agencies have Eleventh,
Amendment immunity in Federal Court, but local,
government have no immunity From damages Flowing,
From there Constitution violation.
7.) The civil Rights Attorney's Fees Awards of 1976 provides,
that, one who prevails in A 1983 Action is entitled,
to Recover Attorney's Fees.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ___18<sup></sup>___ day of __April_____, 20__18__

_Lynn Edward Hamlet_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____

_Lynn Edward Hamlet #037110_
(Signature of Plaintiff)

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ____18____ day of ___April_____, 20_18___

_Lynn Edward Hamlet_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____

_Lynn Edward Hamlet 037110_
(Signature of Plaintiff)

Lynn Hamlet 037110 -Dorm-D-2202

Martin Correctional Institution
Law Library
1150 SW Allapattah Road
Indiantown, FL 34956
**LEGAL MAIL**

THIS MAIL ORIGINATED AT
**MARTIN CORRECTIONAL**
**INSTITUTION**

Legal
Mail

Clerk's Office
United States District Court
Southern District Of Florida
400 North Miami Avenue, 8N09
Miami, Florida, 33128-7716

THIS MAIL ORIGINATED AT
MARTIN CORRECTIONAL
INSTITUTION

THIS MAIL ORIGINATED AT
MARTIN CORRECTIONAL
INSTITUTION