**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-cv-14167-MIDDLEBROOKS/Reid**

LYNN EDWARD HAMLET,

     Plaintiff,

v.

MARTIN CORRECTIONAL INSTITUTION, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation ("Report") issued by Magistrate Judge Lisette M. Reid on December 2, 2019.  (DE 28).  Plaintiff failed to timely object.

Plaintiff, a pretrial detainee, filed a Complaint against Defendants[1] Martin Correctional Institution and Staff, Officer K. Shultheiss, Lieutenant Shultheiss, Mr. Mitchell (director of Food Service), Officer Hoxie, and Captain Bensing for violation of his constitutional rights under 42 U.S.C. § 1983.  The Report recommends that Plaintiff's claims against Defendant Hoxie proceed, while Plaintiff's claims against the other Defendants be dismissed. After a careful review of the record in this case, the Court agrees with the Report's recommendations.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1)  The Report (DE 28) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

---

[1] Sgt. Coney is listed on the docket, however Plaintiff did not sue him/her in the amended complaint.

(2) Plaintiff's claims against Defendants Martin Correctional Institution, Officer K. Shultheiss, Lieutenant Shultheiss,[2] Mr. Mitchell[3] (director of Food Service), and Captain Bensing[4] are **DISMISSED WITHOUT LEAVE TO AMEND**.

(3) Plaintiff's Eighth Amendment claim against Officer Hoxie may **PROCEED.**

(4) Officer Hoxie **SHALL** be **ADDED** as a Defendant.

(5) This case is **RE-REFERRED** to Magistrate Judge Lisette M. Reid for a ruling on all pretrial, non-dispositive matters and for a Report and Recommendation on any dispositive matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 31st day of December, 2019.

Donald M. Middlebrooks
United States District Judge

Copies to:   Magistrate Judge Lisette M. Reid;

Lynn Edward Hamlet
037110
Martin Correctional Institution
Inmate Mail/Parcels
1150 SW Allapattah Road
Indiantown, FL 34956
PRO SE

---

[2] Plaintiff did not sue Lt. Shultheiss in the original complaint.
[3] Mr. Mitchell is listed on the docket as "Mitchal."
[4] Captain Bensing is listed on the docket as "Lt. Pensing."