United States District Court, Southern District Of Florida.

Case No: 18-cv-14167

Lynn Edward Hamlet     Judge: Middlebrook And McAliley.
Plaintiff
v.

Martin Correctional Institution, And Staff with Officer Brandon Hoxie.
Defendant

PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION ON 3-1-21 FOR MAILING BY [signature]

FILED BY ___ D.C.
MAR -5 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<u>Sworn Affidavit,</u> And Response to Defendant's Asking For more time to File For Summary Judgment.

I Am the Plaintiff in the Above entitled, Case. I Am making this declaration in, Opposition to defendant's Asking For more, time, to File For Summary Judgment.

I the Plaintiff was Call by the Asst, Attorney General Mrs. Barbara Junge, Asking me, For more time. I ask her why was she, Calling me. She should be Calling the Judge. The time For Filing For Summary Judgment, has Past. So now we go to trial. When we, took the video Deposition And the,

-1-

Settlement Conference, Mrs Junge offered me, $500 Dollars Settlement. That was totally disrespect, to me.

Every thing I am Putting into this motion I, Swear to. I Lynn Edward Hamlet in A, declaration under Penalty of Perjury, Swear every thing I am writing is true And I Swear to. If Attorney Barbara Junge is late filing, for Summary Judgment it is to bad, and now we go to trial.

I Hereby Certify that A true And Correct Copy of The Foregoing Motion or Affidavit to stop the Addiction of more time, to File For Summary Judgment. This Affidavit was Placed into A, Prison official's hands For mailing via, U.S. First, Mail to:

1. Judge Middlebrook or McAliley, United State District Court, Southern District Of Florida Clerk Office, 8n09, 400 North Miami Avenue, Miami Florida 33128-7716

I Am Suffering with Glaucoma and, Cataract in both eyes.

-2-

2. Barbara Junge, Assistant Attorney General, Office of The Attorney General 110 S.E. 6th Street, 10th Floor, Fort Lauderdale, Florida, 33301-5001.

1. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

(s) Lynn Edward Hamlet #037110
Lynn Edward Hamlet #037110
Okeechobee Correctional Institution
3420 N.E. 168 Street
Okeechobee, Florida 34972

Lynn Edward Hamlet #037110-Dorm W52
Okeechobee Correctional Institution
3420 N.E. 168 street
Okeechobee, Florida, 34972

MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

Judge: Middlebrook, Mcaliley
United State District Court Southern
District of Florida, Clerk-8n09
400 North Miami, Avenue,
Miami, Florida, 33128-7716

RECEIVED
USMS
INSPECTED