United States District Court, Southern District,
Of Florida.

Lynn Edward Hamlet
Plaintiff
v.

CASE: 2:18-CV-14167-MiDDleBrooks
McAliley.

PROVIDED TO OKEECHOBEE
CORRECTIONAL INSTITUTION
ON 3-18-21 FOR MAILING
BY ___ EAL

FILED BY _PG_ D.C.

MAR 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Martin Correctional Institution,
And Staff with Brandon Hoxie,
Defendant's

Sworn Affidavit Of Lynn Edward Hamlet
Opposing Summary Judgment.

Pursuant to 28 U.S.C. §1746, I Lynn Edward Hamlet,
The Plaintiff, declare under Penalty Of Perjury, that
the Foregoing is true And Correct, on this day,
March 5, 2021. (S) Lynn Edward Hamlet #037110,
Address Okeechobee Correctional Institution, 3420,
N.E. 168 Street, Okeechobee, Florida 34972.

1. Pursuant to Rule 56(c) Of the Federal Rules Of Civil Procedure,
Plaintiff Lynn E. Hamlet Opposes Summary Judgment,
because his constitution Rights were Violated.

- 1 -

This CASE is not subject to dismissal under the, Prison litigation ReForm Act (PLRA. For The Plaintiff, WAS Rule on by Judge Lisette M. Reid.

I File A grievance to the WARDen Bryner on April 28, 2018 log number 430-1805-0039. It WAS Answer, by Security C. Martin Jr. It Said that they would, look into the grievance when they have the, proper Staff, or Appropriate Staff. This WAS A grievance. This WAS on April 25, 2018 and on A Wenday, On Friday April 27, 2018, I WAS not Allowed to take A Shower. I File A grievance to WARDen Bryner Pertaining to this, incident, And it WAS Answered by Captain Martin. MY grievance WAS Return with out Action.

2. On April 17, 2018, The Plaintiff Lynn Edward Hamet, WRote A grievance to Secretary of Prison Ms. Julie Jones log number, 18-6-17531.

-2-

United States District Court, Southern District of Florida.

4. Officer K. Shuttlethe husband is Captain Shuttheiss, the, Officers at Martin Correctional Institution let Captain, Shuttheiss run a Phony D.R. Court or hearing.

5. Captain A. Shuttheiss has never run a D.R. hearing and, not, has work in D.R. Court since or before.

6. I was given 30, days in Cofinement by Captain Shuttheiss, were I caught a bacterial infection that I stayed in, the Hospital For (2) two months, I was exposed to, Serious Medical harm, and need.

7. Captain A. Shuttheiss was not a Part of the main unit D.R., team and he was working at Martin Work Camp. Under Chapter 33-208.004 Employee of Department of, Correction if employed in line of Authority relationship marry, or otherwise becomes Relatives, the hiring Authority will Act, to sever the conflicting work Relationship.

8. Captain A. Shuttheiss was or Married Officer K. Shuttheiss, and was Re-assigned to work Camp. The Plaintiff was, Sentenced illegally by Captain A. Shuttheiss and Department, of Correction. The Plaintiff was deprive of his Due-Process, Rights and Put in Cofinement where he suffered Serious, Abuse and Almost lost of life.

- 3 -

3. I sent my Appeal to Warden Beyner on May 4, 2018. Log number 1805-430-051.

4. The Appeal was intercepted by the Asst. Warden, Holtz.

5. The Plaintiff wrote a grievance to Warden Beyners. On the grievance I told the Warden that I sent you my Appeal on 4-25-2018, but it came back unsign and with miscellaneous on it.

6. I ask the Warden who is stoping my Appeal from Reaching him, and why wasn't my Appeal overturn, Officer K. Schultheiss wrote the D.R., and A. Schultheiss was over D.R. Court which is illegal under the 303 Rules of Court. The grievance log number is 1804-430-187. I am sending a copy to the Court. I am sending the Court the D.R. I receive from Officer K. Schultheiss, and it has nothing to do with Food. It was For verbal disrespect, which was a lie.

7. On February 18, 2020, the defendant File For dismissal, Saying I Fail to exhaust my Administrative Remedies,

8. Judge Lisette M. Reid, Rule I had exhaust my Administration Remedies, And there motion was denied.

9. The inmate left in the handeecap, Shower I did not no who, he was. He was A inmate Just like me, but Sgt Hoxie, And the other Officers lift the inmate in the shower For hours.

When Officer Hoxie took the inmate out OF the handeecap Shower, Officer Hoxie came back without him

10. Officer Hoxie came and got me, And Put me in the, handeecap shower. He never check to see was the, Shower clean, And that is his Job.

11. Under Section 415.1034(2011), Officer Hoxie did A, Willful Act, which cause An elderly inmate Significant, impairment.

12. Under Section 415.102(1), the term Abuse Also includes, intimidation which mean the elderly inmate will be, deprived of Food, clean clothing or Rages to clean himself

13. Officer Hoxie lock the Plaintiff in a shower with, Feces and human urine in side the shower stall that got in the Plaintiff urinary tract and liver.

14. When the Plaintiff saw the feces floting in the, shower, Officer Hoxie would not let him get, out the shower. Officer Hoxie came to let me, out the shower, but change his mind and puch, me back in the shower, by then all my cuts and, wounds were cover with the feces.

15. Officer Hoxie went into my cell and took all the, clean clothes and rags, and left me with nothing, to clean the feces off myself.

16. This is the declaration of human rights.

17. Article (5) no one shall be subjected to torture or to, cruel inhumane or degrading treatment or punishment.

18. Article (7) all are equal before the law and are, entitled without any discrimination to equal protection, of the law.

19. All are entitled to equal protection against any, discrimination in violation of this declaration and against, any incitement to such discrimination.

20. Article (8) everyone has the right to an effective remedy by the competent national tribunals act violating the fundamental rights granted him by the constitution o by law.

21. The Plaintiff constitution rights were violated by Martin Correctional Institution staff, the Plaintiff Eighth and, Fourteenth were violated. (See Edward v. Balisok 520 U.S, 641 (1997).

The Fifth Defendant is Captain Bensing, when she was call, she only talk with Officer K. Schultheiss, Bensing call her, away from everyone, and didn't talk to anyone else.

22. The Plaintiff was exposed to serious harm because of, Captain Bensing deliberate indifference And that expose, the Plaintiff to serious medical needs, And almost lost, of life. This is a Eighth Amendment violation And a, First Amendment Right.

23. The Plaintiff was following the orders of Food, Service director Mr. Mitchell. He told me to sit, At the second Row of Seats.

24. Harmful condition in Prison violates the constitution.

25. The Six defendant is the Warden Bryner of, Martin Correctional Institution.

26. Serious Abuse And neglect by Martin Correctional, Institution Staff, because of the rules of Conduct, by Warden Bryner.

27. I have witnesses And grievances to Prove everything, with dates And log number.

28. On April 24 2018, I File A grievance to Warden, Bryner concerning the illegal D.R. Court with, A. Schultheiss running the Court. The conduct, of the Plaintiff disciplinary hearing by A. Schultheiss A defendant in this case denied the Plaintiff of, due Process of law.

29. When Prison officials subject inmates to Atypical, And significant hardship in Relation to the ordinary, incident of Prison life, they must observe the safegua of due Process (sandin v. Conner, 512 U.S. 472, 115 S. Ct. 229 (1995)

-8-

United States District Court, Southern District of Florida.

Lynn Edward Hamlet     Case no. 18-CV-14167-Middlebrooks,
Plaintiff     Magistrate Judge Reid

v.

Martin Correctional Institution
Defendant

1983(Warden who was designated to hear disciplinary appeals had, a duty to conduct at least a minimal investigation" and could be, held liable for failure to do so upon receiving reports giving notice of due Process violation.

It cannot be argued that the Warden did not learn of the due process, violation in this case.

This is a case where the Warden personally had a job to do and he did n do it, and his failure to do his Job was so likely to result in the violatior of the inmates constitutional Rights, as to establish deliberate indifferen on his part/ Hill v. Marshall, 962 F.2d 1209 1213, 1214(6ᵀᴴ Cir. 1992)., (Accord, Foltz v. Michigan Dept. of Correction, 69 F.3d 76, 81(6ᵀᴴ Cir 1995),

Deliberate indifference by supervisory officials to inmates Constitution Righ is sufficient to establish liability under 42 U.S.C. 1983. Jett v. Penner 439 F.3d 1091, 1098(9ᵀᴴ Cir 2006).

Prison Administrators are liable for deliberate indifference when, they knowingly fail to respond to an inmates request for help, (Thompson v. Upshur County Texas, 245 F.3d 447, 459(5ᵀᴴ Cir 2001). (Aswegan v. Bruhi, 965 F.2d 676, 677(8ᵀᴴ Cir 1992),

4. In Officer Schuttheiss DR., She stated I call her a, bitch, which is a lie, Lieutenant Bensing help Officer, Schultheiss, help her to Provide False information, which is a Crime, Along with Official Misconduct, it's a Violation under Stat. 837.06 and Stat. 838.022.

5. On April 16, 2018, Officer Schuttheiss and LT. Bensing, had the Plaintiff Put in Confinement For Disrespect, to Official

6. Food Service director Mr. Mitchell can tell the, Court, Who call who a bitch, Verble disrespect.

7. On April 28, 2018, the Plaintiff File a Grievance, to the Warden Bryner, About the Abuse Of, Officer Hoxie. It was answer by Captain Martin, saying it would be investigated, At the end of, the investigation Office Hoxie was made a, Sargent, end of investigation.

8. On April 17, 2018, the Plaintiff File a Grievance to, the Secretary Of Prison, Ms. Jule Jones About, the Condiction here At Martin Correctional And, the First Amendment Violations bY LT. Schuttheiss, And K. Schuttheiss it call retaliation.

9. On April 24, 2018, the Plaintiff wrote a Grievance, to the Warden About there illegal DR Court, the Warden never - 10 - Answered.

30. The Failure to Provide A Meaningful explanation, of the Finding of guilt denied due Process.

31. Prisoner who Are Found guilty of disciplinary Charges, Are entitled to A written statement by the Fact, Finders As to the evidence Relied on And the reason, For the disciplinary Action. (Wolff V. McDonnell, 418 U.S. At 565, 408 U.S. 471, 489, 92 S. Ct. 2593 (1972).

32. Several Court have held that the Practice of Simply Adopting the Report of staff members with no Further, explanation denies due Process.

1. Mr. Mitchell $20,000 dollars For deprivation of liberty And Amenity And emotional injury resulting From, the Plaintiff denial of due Process, in connection, with the Plaintiff disciplinary hearing.

2. Officer Hoxie, One Million Dollars For violation of Section, 415.1034 (2011) Under Section 415.102 (1).
Officer Hoxie lock the Plaintiff in A shower with Feces, And human urine Floting Around inside the shower, that got in the Plaintiff urinary tract And liver, my, whole system was poisoned.

3. Officer K. Schultheiss And SGT. A. Schultheiss was in,

• Violation For writing False statement in violation oF Fla.,
Stat. § 837.06., This husband And wife team Also violated
Fla Stat. 838.022 FalsiFying Statement And OFFicial,
OFFicial misconduct.

4. I the PlaintiFF would like to be expunge From the,
disciplinary Conviction, described in the Complaint.

5. And be Awarded $200,000 Dollars jointly And severally,
Against OFFicer K. Schultheiss And SGT. A. Schultheiss,
For the due Process violation, with serious Abuse,
And Almost loss oF liFe.

## Appeal To The Warden Bryner

On May 2, 2018, The PlaintiFF File An Appeal
to the Warden
1805-430-051 - I never Receive An Answer.

Although Warden Bryner did not commit the,
due Process violation he became Responsible For
them when he Failed to correct them in the course,
OF his supervisory Responsibilities And AFFirmed,
the PlaintiFFs disciplinary Conviction.
A Supervisor who learns oF A Constitutional violation
through A Report or Appeal may be held liable For
For it,      -12-

Complaint under The Civil Rights Act, 42 U.S.C. 1983.

<u>Statement by the Plaintiff:</u>

1. The Plaintiff had just came out of a diabetic, seasure and was very hungry.

2. The Plaintiff went to the Chow hall to eat.

3. When entering the Chow hall they were serving, Peanutbuter, because they were cooking more Chicken nuggets.

4. Mr Mitchell told the Plaintiff to wait at the, second table, the Plaintiff did what the, Food service director Mr. Mitchell told him to do.

5. Officer K. Schultheiss was watching me at, all times because she diden't want me to have, any nuggets.

6. When the Food Service Director Mr. Mitchell, gave me some Chicken nuggets, Officer. K. Schultheiss call me a bitch infront of, every one, and then she call LT. Bensing.

7. Lieutenant Bensing came up the side walk with a, big smile on her face, LT. Bensing walk by every one, to Officer Schultheiss. She never ask no Sargent, which, there were three. She never ask the Food service, director what happon, She just talk with Officer, Schultheiss. At the end of there talk LT. Bensing says, to lock him up.

- 13 -

<u>Inmate Hamlet wrote more Than Two Grievance</u>

1. The Plaintiff wrote a grievance to The Chief Inspector General _ Log# 19-6-13630 dated April 9, 2019

2. The Plaintiff wrote a Grievance to Warden, Bryner, Appeal was never Answer Log# 1805-430-051 _ Dated May 2, 2018

3. To Sectary of Prison Ms. Julie Jones, About Officer K.Schultheiss, Retaliation, Misconduct, Fraudulent Acts, Log# 18-6-17531, April 17, 2018.

4. Staff misconduct Log# 19-6-08470 _ date 2-28-19

5. illegal DR.Court, Log# 1804-430-187, was, never Answer by Warden Bryner, Dated, April 24, 2018

6. Wrote a Grievance to Warden Bryner About, how I caught the bacterial infection, he never, Answer, Dated: April 28, 2018, Log# 430-1805-0039

<u>Conclusion</u>

1. Proper exhaustion demands that the Plaintiff is not near death, And that is what happon.

2. Nurse Patton and nurse Oconners came and took me to the infermary to shower and dress And I was then, Rush to Larkin Community Hospital at 7031 S.W.6nd Avenue South Miami, Florida.

To The Court And All The Defendants that Wants to,
be Witness. No one in Cofinement Came down with,
1. What I had. My injeries were so severe that I,
2. lost the use of my legs, I could not stan up or,
3. walk. I could not use the bathroom For a month.
4. The bacterial destroyed my heart Valves And I,
5. had to have heart Surgery. After getting out the,
6. Hospital I started to get very large blister on both,
   of my legs. That when the blisters bust they turn,
7. in to large soar. How did I get the,
   bacterial infection. How did I get it iF not From,
the Feces in the shower.
8. When I hollered For some one when I could see the,
9. the Feces, the new officer Ran And got officer,
   Hoxie From some were.
10. When he saw the Feces, officer Hoxie said You,
    did it. I the Plaintiff told officer to let me out,
    he came to the shower door And open it but,
    then change his mind And push me back in

## Violation BY All These Defendants

1. This is Also A Claim of Prejudice bY Warden Bryner, And All his Staff. Officer Hoxie has been Promoted to Sargent For. Almost Killing the Plaintiff.

2. Officer K. Schuttheiss And Sgt. Schuttheiss is Walking Criminals working for DOC,

3. Warden Bryner diden't Answer AnY Grievances,

4. Every Grievance came back Answer bY Someone else. Warden Bryner Violated the Plaintiff Eighth Amendment, When he Acted with deliberate, indifference to A Prison condition, he expose, the Plaintiff to Risk of Serious harm And Cruel, And unusual Punishment.

5. Captain Bensing call Officer Schuttheiss Away From, Everone And didn't talk to AnY one else.

6. Because of Captain Bensing deliberate indifference She expose the Plaintiff to Serious Medical need, And Almost lost of life. This is A Eighth Amendmen Violation And A First Amendment Eight.

7. The Eighth Amendment Prohibit Cruel And, Unusual Punishment And Protect the Rights to, Safe And humane Conditions in Prison.

8. There were no Rules of Conduct bY Wardin, Bryner, that is Why what happon to me happen.

· 16

9. The Plaintiff stayed at Larken Hospital for two months, and was then taken to South Florida Reception Center,

10. For three weeks. The Officers that work my hospital, Room, tells me they don't have to deliver my mail,

11. When they change shift. That way the Court will throw your case out for lack of Posocution but how, can I answer mait that I don't no I have

12. When I was taken to Larkin hospital I became, unable to stan or walk or turn on my side.

13. It took me three weeks just to use the bath room

14. I was unable to stand up or File Inmates, Grievances. I was unable until 2019.

April 25, 2018 is the date I was put into the, shower with the urine and feces in it.

15. I alerted Warden Bryner of Officer Hoxie and, some one else answered the Grievance. Captail Martin.

16. I alerted Chief Inspector General Lester Fernandez Department of Corraction, 501 S. Calhoun Street, Tallahassee Fla.

17. The Plaintiff File Grievance to the Warden and told what, happon that night. Officer Hoxie was tranfered to a Sargen but I was told that the charges would be investigated.

18. The Grievance was Answer by Captain Martin.

<u>Grievance Procedure</u>

19. The rest of 2018 I was unable to respond because, I was sick.

I the plaintiff was near death. I dident get better, untel 2019. I had a toe taken off around October 2019.

1. WHY File A Grievance and not put down What he did to me.

2. MY informal grievance was returned without, Action, while stating that this office will address the issue with the Appropriate Staff and Further, look into this matter.

3. This is A grievance Pertaining to the incident Allege in my complaint.

4. Searching my cell and not Allowing me to, to take A shower, And I also grieve the incident contained in my complaint.

5. I File A grievance to the WARDen Bryner telling What was done to me, And it was return, without Action (see number (2), It Afford Prison Officials time to Address grievances internally, before. Allowing A Prisoner to initiate A Federal, lawsuit. WHY dident you All Address the grievance When it came Across your desk, MR ALAN, McManus. I became so ill until I had to, to act, but you did not Act. I was near dealth. You people had time

-17-

(Rev. 09/2007) Complaint Under the Civil Right Act,
42 U.S.C., 1983

5.) (False information on a D.R. By Officer Schultheiss:
Officer Schultheiss said in her written D.R. Against,
the Plaintiff in the past that the Plaintiff came at her,
with a Raised weapon, screaming and with Rage. We was
Alone in the South Side Ally way, and it was suppose to,
have happon (two) times in (15) minutes.

The Plaintiff Challenge the D.R. by Officer Schultheiss,
with a answer Reply to Tallahassee,

1.) Officer Schultheiss was Alone with the Plaintiff in a,
Alley way. The Plaintiff is 6'6" and 225 pounds with,
a weapon in a Fite of Rage and walking up to a,
Female Officer Alone and she never hit her <u>panic</u>,
button. Is her D.R. beleave-able. The People in Tallahassee,
didn't think so, and I was Release.

6.)
Every since that D.R. and my Reply, Officer Schultheiss,
has been Retalleating and harasing the Plaintiff, Inmate,
Hamlet.

7.) Because Mr. Mitchell gave me some Chickennugets,
which I was intitle to, she call me a <u>bitch</u> in front
of every one, and no one came to my defense, and
Officer Schultheiss said I call her a <u>bitch</u>.

✳ 8.) Lieutenant <u>Pensing</u> help Officer Schultheiss to provide,
False information. It a Crime Along with Official
mis conduct, violations under Stat. 837.06 and Stat. 838.022.

# Plaintiff's Pretrial Statement.

A. A brief general statement of what the case, is About;

1. I was Put and lock into A shower that was not, Clean and when I told Officer Hoxie About the, unclean shower he would not let me out.

2. Officer Hoxie went into my cell and took all my, clean clothes And threw them out of my cell, So I would have nothing to clean my wonds, of the Feces.

3. Officer Hoxie worked All that day, And it was his, Job to make sure those showers were clean, And Fail to do his Job.

4. I Almost lost my life because of this Officer Hoxie.

5. After I got out of the Hospital Officer Hoxie when, Serving Food, would throw my diabetic snack on the, Floor And I would Pick it up And threw it out my, Cell. See the vetios

6. After staying in the Hospital For two months in Pain, And not being Able to stan And walk, which I can't, do now. I use A walker.

10. The Asst. Warden Holtz says about the, Grievance I wrote concerning DR. Couet, it was denied says that I am useing, the Grievance Process to seek information, And Ask Question, Log # 1805-430-051 Answer, by Asst. Warden Holtz it was call miscellaneou Log # 430-180605.

11. The Plaintiff used the Prison Grievance Procedure, Available At Martin Correctional Institution, to try And Solve Problem but All of the, Plaintiff Grievances were denied or not, Answered.

<u>When I Started to get sick.</u>

1. The First week of May I became verry, sick, From the bacterial infection.

2. By me not having nothing to clean the the Feces And urine off of my diabetic cuts, I became very ill in (24) hours.

3. The bacterial infection was so savare it, the infection destory my heart Valves.

<u>(See William v. Smith, 781 F.2d 319, 324 (2nd Cir. 1986).</u>

1. Dealing with retaliation by officer K. Schuttheiss, LT. Schuttheiss And LT. Bensing Cause me Problems.

1. Order Adopting Reports And Recommendations.

2. Motion to dismiss was denied by Judge, Reid

3. Under the Prison Litigation Reform Act, the defendant File A dismissal For Failure, to exhaust my Administrative Remedies. that was denied by Judge Reid.

4. I Am Presenting A Sworn Affidavit to the fact, that BranDon Hoxie was in Cofinement the, night I was Put In the Shower with the, Feces, because he Put me in that shower, And, he is the same officer that threw my Clean, Clothes And Clean Rags out my Cell I was, looking Right At him. IF Officer Hoxie was Asign to (C) Dorm, Since I have been At Martin, Correctional Intitution, Officer Hoxie only work, in Cofinement, Five days A week. The institution Keep Officer Hoxie working in Cofinement, because the Rest of the People that work. Cofinement Are newly hired Officers.

Officer Hoxie was made a Sargent just to work, cofinement only. Ask to see Officer Hoxie daily Work Scudual. He only work Cofinment.

Attorney Barbara Junge is the leader of this, Pact of lieing Officer. Just like she call this institution lieing About being late filing some Papers. She never said nothing About Summary Juddlement. Why she did what she did is because I, dont have an Attorney she use me for there gains. My whole complaint is a Eighth Amendment Violation. My injerys were so saver that I am still suffering (3) years later. Why I caught this bactera) infection because of the dislike of Officer Hoxie That is why he use to throw my food on the floor. These white People in Florida has the Attorney General Office Represensting these Criminals, And, I the Person that was disrespected has no one to help me with this law suit.

I have no one.

Request For Appointment OF Counsel the in Forma, Pauperis law, 28 U.S.C. 1915(e)(1), Allows A U.S. District Judges to Request An Attorney to Represent Any Person UNable to, AFFord Counsel. On the basis OF this law, district Judges, have Appointed lawyers For Prisoners who File Section 1983, Suits on there own GenerAlly in deciding whether to, Appoint A lawyer For You, the Judge will consider

1. I Am seeing A eye Specalist For Glaucoma, And, Cataracts And the Court want help me, Why.

2. The defendant has For Free the Attorney General, OFFice, And he injured me, three Years later I still, Can't walk without help, And I had to have heart, serjery. I can't give up because no one Cares. I have to live the Rest OF my life injered by, OFFicer Hoxie. Why Can't he hire his own Attorney, Without Rejudice. This is A Federal Court case so, Why no Attorney.

3. How well can I Repsent my own Case (I can't.)

4. Credibility is needed And is important.

—24—

What Actually happened is A major issue.
The Prison is Following A Particular Policy And the,
only Question For the Court is whether that Policy,
is legal. Here is An inmate that is in Prison And,
he has no Problem if the defendant is late For A,
deadline of February 24, 2021 And the new deadline,
would be March 1, 2021. They were late For that,
lie. The Paper were Filed March 3, 2021, how,
can I deal with the Court And the Attorney
General Office. That is why I am not receiving,
An Attorney. The Court is working with the,
Attorney General Office that is Plane to see.

To Judge MiDDleBrooks And Judge McAliley

That night in the Shower in Cofinement, there,
were At lease (5) Officers working in Cofinement,
why didn't Asst. Warden Holtz call Any of the,
Officers working in Cofinement that night.
All of Asst Warden Holtz witness were not workin'
in Cofinement that night.

IF some OFFicer CALL in saying they will not work
that night, And Since they have so many OFFicers
working coFinement. They would Put OFFicer Hoxie,
ON (C) Dorm work list, but he is working coFinement
And don't have to report to (C) dorm until Count.
That work list by the Asst. WARDen Holtz don't tell
the truth. Why not CALL the OFFicers working,
coFinement. Because You don't no iF they will lie,
For You.

1. The States Witness Robert WoolverTon Can't
   be A Witness because he don't no Any oF the Facts.

2. Witness Alan McManus, Want to testyFy to
   Something that was denied by the Court,
   Prison litigation ReForm Act (PLRA) For the PlaintiFF
   was Rule on by Judge Lisette M Reid.

3. CaPTain Mases Frost Can't be A Witness because he,
   was not in CoFinement When it haPPon.

? Why CALL All these Witness And don't CALL Anyone
   that work CoFinement that night

## OATH

I Lynn Edward Hamlet Swear that these, Statement are true And Correct And happen, Against me the Plaintiff

I am placeing this Sworn Affidavit into, the hands of Prison Official For mailing, via USPS, First-Class mail to:

1. Judge Chris McAliley And Judge MiDDleBrooks, in the United States DisTrict Court Southern DisTrict of Florida, Office of the Clerk at 8N09, 400 NorTh Miami Avenue Miami Florida, 33128-7716. And

2. Barbara Junge, Asst. Attorney General Office of the Attorney General 110 S.E. 6th Street, 10th Floor Fort Lauderdale, Florida 33301-5001.

(5) Lynn Edward Hamlet 837110 Okeechobee Correctional Institution, 3420 I.E. 168 street Okeechobee Florida, 34972.

- 27-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-14167-MIDDLEBROOKS/Reid

LYNN EDWARD HAMLET,

     Plaintiff,

v.

OFFICER HOXIE,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation ("Report") issued by Magistrate Judge Lisette M. Reid on April 8, 2020. (DE 43). The Defendant, Officer Hoxie, ("Defendant") has not timely filed objections.

Plaintiff, a state inmate, initiated this action against Defendant for violation of his constitutional rights under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that Defendant confined him "in conditions lacking basic sanitation." (DE 28 at 8). On February 18, 2020 Defendant filed a Motion to Dismiss. (DE 36). On March 13, 2020, Plaintiff responded. (DE 40). On March 20, 2020, Defendant replied. (DE 42).

The Report recommends that Defendant's Motion to Dismiss be denied. (DE 43). After a careful review of the record in this case, the Court agrees with the Report's recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) The Report (DE 43) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Defendant's Motion to Dismiss (DE 36) is **DENIED.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-cv-14167-MIDDLEBROOKS/Reid**

LYNN EDWARD HAMLET,

      Plaintiff,

v.

OFFICER HOXIE,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation ("Report") issued by Magistrate Judge Lisette M. Reid on April 8, 2020. (DE 43). The Defendant, Officer Hoxie, ("Defendant") has not timely filed objections.

Plaintiff, a state inmate, initiated this action against Defendant for violation of his constitutional rights under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that Defendant confined him "in conditions lacking basic sanitation." (DE 28 at 8). On February 18, 2020 Defendant filed a Motion to Dismiss. (DE 36). On March 13, 2020, Plaintiff responded. (DE 40). On March 20, 2020, Defendant replied. (DE 42).

The Report recommends that Defendant's Motion to Dismiss be denied. (DE 43). After a careful review of the record in this case, the Court agrees with the Report's recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) The Report (DE 43) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Defendant's Motion to Dismiss (DE 36) is **DENIED**.



John Edward Hamlet 037110-Docm-G2-2115
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, Florida 34972

MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

U.S.M.S.
INSPECTED
BY:

U.S.M.S.
INSPECTED
BY:

United States District Court
Southern District Of Florida
Office Of The Clerk Room 810-9
400 North Miami Avenue
Miami, Florida 33128-7716