UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

### SUPPLEMENTAL DECLARATION OF ASSISTANT WARDEN JOHN HOLTZ

STATE OF FLORIDA

COUNTY OF MARTIN

I, John Holtz, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is John Holtz and I am the Assistant Warden at Martin Correctional Institution. I have been employed by the Florida Department of Corrections (FDC) since February 27, 1998.

2. I am familiar with Inmate Hamlet and according to FDC's records, he was 55 years old when he began his most recent period of incarceration at FDC in May 2007.

3. I am aware that Inmate Hamlet claims in this lawsuit that in late April 2018 he was placed in a shower stall in the confinement unit where another inmate had hidden a small potato chip bag that contained human waste from that other inmate.

4. I was the Assistant Warden for Martin Correctional Institution in April 2018 and I continue to serve in that role.

1

EXHIBIT
B-2

5. I have attached an excerpt of the duty roster for the night of April 25, 2018 (with appropriate redactions to protect the identity of FDC personnel and sensitive or security information), as Exhibit 1. This duty roster is an accurate copy of the duty roster prepared by my staff at the pertinent time for purposes of assigning officers to appropriate shifts and responsibilities, and this roster is part of the records we prepare and maintain in the normal course of our operations.

6. It is clear from the duty roster that Sergeant Lewis and Officers Gorman, Pellot and Pemberton were assigned to the confinement housing unit on the night of April 25, 2018.

7. As I previously stated in my Declaration dated February 24, 2021, Officer Brandon Hoxie worked the night shift that started at 7:00 pm on April 25, 2018, in <u>dorm C</u>, and he was not assigned to the confinement housing unit (dorm D) during that shift. In the attached Exhibit 2, which is another excerpt of the duty roster for the night of April 25, 2018 (with appropriate redactions to protect the identity of FDC personnel and sensitive or security information), it shows that Officer Hoxie was working an overtime shift that night, and was assigned based on where he was needed, which was unit C. The roster also reflects that Officer Hoxie had a secondary assignment of "post coverage-Level 1" for the 30 minute period of 6:30 am to 7:00 am. (When staff are required to assist throughout the facility for a longer task it is recorded in the Secondary Assignments portion of the duty roster.) Nothing on this roster indicates to me that Officer Hoxie worked in dorm D during the night shift of April 25, 2018. This duty roster is an accurate copy of the duty roster prepared by my staff at the pertinent time for purposes of assigning officers to appropriate shifts and

responsibilities, and this roster is part of the records we prepare and maintain in the normal course of our operations.

8. I have been advised that Inmate Hamlet claims that Officer Hoxie worked in the confinement unit, dorm D, during both the day shift and during the night shift of April 25, 2018. I have reviewed the duty roster for the day shift (7:00 am to 7:00 pm) for April 25, 2018, and Officer Hoxie did not work that day shift in any capacity. As noted above, Officer Hoxie was assigned to the night shift, that started at 7:00 pm on April 25, 2018, for housing unit C. Attached as Exhibit 3 is an excerpt of the duty roster for the day of April 25, 2018 (with appropriate redactions to protect the identity of FDC personnel and sensitive or security information). This duty roster is an accurate copy of the duty roster prepared by my staff at the pertinent time for purposes of assigning officers to appropriate shifts and responsibilities, and this roster is part of the records we prepare and maintain in the normal course of our operations.

9. FDC does not schedule corrections officers to work two twelve-hour shifts back-to-back.

10. I am aware that Inmate Hamlet claims that Officer Hoxie was promoted to Sergeant because of the alleged incident involving Inmate Hamlet. That is not true. Officer Hoxie was promoted to Sergeant consistent with FDC's personnel policies.

11. On June 9, 2019, Inmate Hamlet was found in possession of a weapon, specifically a belt with a lock attached to it, and was observed to be arguing with his cellmate. Exhibit 4, Report of Administrative Confinement, dated June 9, 2019, noting that

Plaintiff was to be charged with possession of a weapon. Exhibit 4 is an accurate copy of records that are prepared and maintained in the normal course of FDC operations.

12. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2021

**JOHN HOLTZ**
Assistant Warden
Martin Correctional Institution

Florida Department of Corrections
Daily Security Roster
MARTIN C.I.
*Wednesday, April 25, 2018*
Night - C


EXHIBIT 1

| 7 Day Post | | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Shift Captain (34) | | 07:00 PM | 07:00 AM | |
| I | Control Room Sergeant (58) | | 07:00 PM | 07:00 AM | |
| I* | Housing Sergeant, Dorm A (59) | | 07:00 PM | 07:00 AM | |
| I | Housing Sergeant, Dorm B (60) - (GS) | | 07:00 PM | 07:00 AM | |
| I | Housing Sergeant, Dorm C (61) - (GS) | | 07:00 PM | 07:00 AM | |
| I | Housing Sergeant, Dorm D (62) - (GS) | LEWIS, SAMUEL A. | 07:00 PM | 07:00 AM | |
| I | Housing Sergeant, Dorm E (63) | | 07:00 PM | 07:00 AM | |
| I | Housing Sergeant, Dorm F (64) | | 07:00 PM | 06:30 AM | |
| I | Housing Sergeant, Dorm G (65) | | 07:00 PM | 07:00 AM | |
| I | Security Sergeant, Internal (66) | | 07:00 PM | 07:00 AM | |
| I | Control Room Officer (128) | | 07:00 PM | 07:00 AM | |
| I | Housing Officer, Dorm A (129) - (GS) | | 07:00 PM | 07:00 AM | |
| II | Housing Officer, Dorm A (130) | | 07:00 PM | 07:00 AM | |
| I | Housing Officer, Dorm B (131) - (GS) | | 07:00 PM | 07:00 AM | |
| I | Housing Officer, Dorm B (132) - (GS) | | 07:00 PM | 07:00 AM | |
| I | Housing Officer, Dorm C (133) - (GS) | | 07:00 PM | 07:00 AM | |
| I | Housing Officer, Dorm C (134) - (GS) | HOXIE, BRANDON J. | 07:00 PM | 07:00 AM | |
| I | Officer, Dorm D (135) - (GS) | PEMBERTON, MICHAEL J. | 07:00 PM | 07:00 AM | |
| I | Officer, Dorm D (136) - (GS) | GORMAN, ROBERT J. | 07:00 PM | 07:00 AM | |
| I | Officer, Dorm D (137) - (GS) | PELLOT, EFRAIN | 07:00 PM | 07:00 AM | |
| II | | | | | |

Secondary Duties

| | | | | |
|---|---|---|---|---|
| HOXIE, BRANDON JAMES | POST COVERAGE - LEVEL 1 | 06:30 AM | 07:00 AM | 30 MINS |

# Florida Department of Corrections
## Daily Security Roster
## MARTIN C.I.
### *Wednesday, April 25, 2018*
### *Night - C*

### Other Leave

| Name | Reason |
|---|---|
| * | |
| | |
| | |

### Training

| | |
|---|---|
| | |
| | |

### Overtime

| | | |
|---|---|---|
| | HOXIE, BRANDON JAMES | |

### Emergency Response Teams

| Post Title | Officer Name | Team | Cell Extr | Quick Resp | DART |
|---|---|---|---|---|---|
| | | | | | |

### Daily Roster Remarks

(

APPROVED DAILY ROSTER

EXHIBIT 2

Florida Department of Corrections
Daily Security Roster
MARTIN C.I.
*Wednesday, April 25, 2018*
*Day - A*


EXHIBIT 3

| 7 Day Post | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I* | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I Housing Sergeant, Dorm D (40) - (GS) | FROST, | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| II | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I Officer, Dorm D (85) - (GS) | RAY, | 07:00 AM | 07:00 PM | |
| I Officer, Dorm D (86) - (GS) | WILLIAMS, | 07:00 AM | 07:00 PM | |
| I Officer, Dorm D (87) - (GS) | MORROW, | 07:00 AM | 07:00 PM | |
| II Officer, Dorm D (88) - (GS) | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| II | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| II | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| II | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |
| I | | 07:00 AM | 07:00 PM | |

Secondary Duties

| Name | Assignment | Start Tm | End Tm | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
IRN0105                          REPORT OF ADMINISTRATIVE CONFINEMENT, DC6-233A              06/09/2019  23:06
                                                MARTIN C.I.                                   PAGE     1

INMATE NAME:  HAMLET, LYNN E          DC#: 037110    PREV LOC/HOUS/JOB:    /       /    HOUS: D2121S   P.O. BOX:

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT     (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/09/2019    TIME: 22:13
DISP: Z01 = AC-DISCIPLINARY CHARGES
STAFF: PT039 - PATT, T
     ON 6-9-2019 AT APPROXIMATELY 21:13 HOURS INMATE LYNN, HAMLET DC#037110 WAS PLACED IN ADMINISTRATIVE CONFINEMENT PENDING
CHARGE 3-1 POSSESSION OF A WEAPON. SERGEANT JOHNSON ADVISED THAT WHILE SHE WAS ASSIGNED TO HOUSING G SUPERVISOR SHE WAS
CONDUCTING FORMAL COUNT WHEN SHE OBSERVED INMATE HAMLET AND HE ROOMMATE INMATE             HAVING A ARGUMENT INSIDE
THEIR ASSINGED CELL , DOING THE ARGUMENT INMATE HAMLET WAS IN POSSESSION OF A BELT WITH A LOCK ATTACHED TO IT. INMATE
ID CARD WAS DEACTIVATED, HE WAS OFFERED A PHONE CALL AND WAS ASKED DID HE WISH TO MAKE A STATEMENT, HE REFUSED. INMATE
HAMLET WAS SEEN BY THE ON DUTY MEDICAL STAFF WITH NO NOTED INJURIES. INMATE HAMLET PROPERTY WAS INVENTORIED BY SERGEANT
JOHNSON AND OFFICER GRIFFIN. SERGEANT JOHNSON WILL BE WRITING THE DR.
```

**EXHIBIT 4**

Hamlet.CF000414