UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167–MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

## SUPPLEMENTAL DECLARATION OF BRANDON HOXIE

STATE OF FLORIDA

COUNTY OF INDIAN RIVER

I, Brandon Hoxie, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Brandon Hoxie and I was employed by the Florida Department of Corrections from March 2016 to November 2019 when I resigned from the Department of Corrections to accept a position with the Indian River County Sheriff's Department.

2. I did not work in the disciplinary confinement unit, Dorm D, on the day shift of April 25, 2018.

3. As I stated in my Declaration dated February 24, 2021, I worked the night shift, starting at 7:00 pm on April 25, 2018, in Dorm C.

EXHIBIT E-2

1

4. I had requested and been assigned an overtime shift on April 25, 2018, and was assigned to Dorm C. I had asked for overtime because I was trying to earn extra money to provide for my family.

5. On the night of April 25, 2018, I did not work in the confinement unit, Dorm D.

6. I worked in the confinement unit, Dorm D, on the evening of April 27, 2018.

7. I did not deny Inmate Hamlet a shower on the evening of April 27, 2018, and the Segregation Log (attached as Exhibit 1) indicates that he had a shower.

8. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2021

Brandon Hoxie
Former Corrections Officer, FDC

2

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## DAILY RECORD OF SPECIAL HOUSING

**Security Alerts/Property/Privilege Restrictions:**

Inmate Name: HAMLET, LYNN
FDC#: 037110
Institution: MARTIN CORRECTIONAL INSTITUTION
Dorm & Cell #: DELTA 2102L  Diet: 2600

Special Housing Category: AC ☒ DC ☒ CM ☐ MM ☐ CSU ☐ TCU ☐ CMHI ☐
This is sheet number 2 of inmate's current period of special housing.
Initial Placement Date 4/16/18  Applicable Level ___  Team ___
Status DC  DC Time Begins 4/24/18  Ends ___

### SECURITY DEPARTMENT
(May be entered with check ✓ mark unless otherwise indicated)

| Day / Date | Physical Appearance | Attitude | Time | Remarks | Weight | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN 4-22-18 | | | | | | | | | | | | | | | |
| MON 4-23-18 | | | | | | | | | | | | | | | |
| TUE 4-24-18 | | | | | | | | | | | | | | | |
| WED 4-25-18 | | | | | | | | | | | | | | | |
| THUR 4-26-18 | | | | | | | | | | | | | | | |
| FRI 4-27-18 | S | S | | SGT POWER | | | | | | | | | | | FP |
| SAT 4-28-18 | S | > | | | | | ✓ | ✓ | | | | | | | ✓ |

### MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| 4/23 | 12:30 | MH 3 | MH Rounds | ∅ |

### PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

DC6-229 (Effective 4/6/11)  Incorporated by Reference in Rule 33-601.800, F.A.C.  Page 5 of 84

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 4/24/18 | DR Court | 22 days DC  30 days Loss of GT | [signature] |
| 4/24/18 | ELO | DR findings | [signature] |
| 4-27-18 | CEO | Rainey | MP |
| | | | |
| | | | |
| | | | |

**INSTRUCTIONS:**
Complete this form in one original only on every inmate placed in special housing. Maintain this form in the housing area for thirty (30) days. Forms for inmates in A/C and D/C will be forwarded to the ICT for review and once reviewed will be forwarded to Classification for placement in the institutional inmate record. Forms for inmates in CM, after each 30-day review of the inmate by the ICT, shall be forwarded to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on the inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:  Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

**REMARKS:** Full and complete remarks are required in the following situations:

**Security Department**
15. Unusual occurrences in inmate's behavior;
16. It becomes necessary to notify Medical;
17. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security;
18. If inmate refuses food;
19. Cell changes;
20. Release to population;
21. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
13. Immediate health care services (code #1);
14. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
15. No action required (code #3);
16. Referral to mental health (code #4);
17. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
18. Medication administration (code #6).

**Mental Health**
11. Refer to medical for follow-up of physical health related complaint (code MH 1);
12. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
13. No action required (code MH 3);
14. Schedule for non-emergency follow-up by mental health (code MH 4).
15. Evaluation and/or treatment provided (code MH 5).

**Classification/ICT/SCO**
13. At each review of the case;
14. On release from special housing, or upon status change;
15. Job Assignment;
16. Privilege(s) restricted and/or reinstated by ICT;
17. SCO review of privilege restrictions over 30 days;
18. Other Classification Action.

**Programs**
13. Academic Services (code AS)
14. Wellness Education Program (code WE)
15. Fresh Start Smoking Cessation (code SC)
16. Betterment Program (code BP)
17. Chaplaincy Services (code CS)
18. 100 Hour Transition (code TR)

**ADDITIONAL REMARKS:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |