UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.
_____/

## DECLARATION OF DERRY HANFORD

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, Derry Hanford, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Derry Hanford and I was employed by the Florida Department of Corrections from 2015 to 2020. I was promoted to Sergeant in 2017.

2. I am currently employed as a Deputy Sheriff for St. Lucie County.

3. On April 25, 2018, I worked the night shift and was assigned to the dorm C at Martin Correctional Institution as the Housing Sergeant.

4. I have reviewed the duty roster for the night shift of April 25, 2018, and it shows that Brandon Hoxie was assigned to the same dorm as I was for that shift.

5. I do not recall that Officer Hoxie or any of us from Dorm C were called to assist with showers in Dorm D that night. If we were asked to do so it would usually be noted on the duty roster.

EXHIBIT F

6. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2021.

*/s/ Derry Hanford*
**DERRY HANFORD**
Deputy Sheriff – St. Lucie County
(Former Corrections Sergeant, Martin Correctional Institution)