UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

     Plaintiff,

v.

OFFICER BRANDON HOXIE,

     Defendant.

_____/

## DECLARATION OF KELLIE CASWELL, RN, BSN

STATE OF FLORIDA
COUNTY OF LEON

I, Kellie Caswell, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Kellie Caswell and I have been employed by the Florida Department of Corrections (FDC) since October 2019. I am a Legal Nurse Consultant in the Office of Health Services for FDC.

2. I am a Registered Nurse and I graduated with my BSN in 1999.

3. I have reviewed the pertinent portion of the medical records of Inmate Hamlet relating to his allegations in this lawsuit against Officer Hoxie.

4. There is no documentation in the medical records that Inmate Hamlet was forced into or locked in a shower stall with feces and urine.

5. There is no documentation in the medical records that Inmate Hamlet was denied clean clothes.

EXHIBIT
G

6. There is no documentation that indicates that Inmate Hamlet got a urinary tract infection or had liver problems related to his allegations regarding an incident in the shower stall on April 25, 2018.

7. It is documented throughout the medical records I received and reviewed for Inmate Hamlet that he is a diabetic and has had several episodes of hypoglycemia and hyperglycemia as well as noncompliance with his medications and diet intake. His medical records also document other comorbidities that may contribute to his overall health and wellness. It is widely documented in medical literature that complications of diabetes include: cardiovascular disease, nerve damage, kidney damage, eye damage, foot damage and skin conditions.

8. For example, in the three weeks immediately prior to the date on which Inmate Hamlet alleges he was exposed to human waste in a potato chip bag in a shower stall, Inmate Hamlet was seen multiple times by medical staff at the institution.

9. On April 6, 2018, Inmate Hamlet was seen in the medical clinic for a follow up on his Hepatitis C treatment. He reported that he had been having loose stools. Because he had a history of being non-compliant with his diabetes medication, Inmate Hamlet was counseled at length about the importance of his compliance with all of his medications and dietary restrictions, and the risk for diabetic complications if he failed to take his insulin and other medications. Exh. 1: Chronological Record dated April 6, 2018.

10. On April 16, 2018, Inmate Hamlet requested a sick call and was seen in the medical unit for reported blurred vision, confusion and slurred speech. His mental status was documented as confused, and his behavior was agitated and combative. He refused

evaluation by medical and refused admission to the infirmary. Exh. 2: Chronological

Record dated April 16, 2018; Diabetes Protocol, April 16, 2018.

11. The following day, on April 17, 2018, Inmate Hamlet was seen after he refused to

take his insulin and medication that morning. His mood was documented as agitated.

He was ordered to be placed on 23 hour observation because his blood sugar was high

and did not respond adequately to the insulin that was administered by medical staff.

Exh. 3: Chronological Record dated April 17, 2018; Diabetes Protocol, April 17,

2018.

12. The morning of April 18, 2018, Inmate Hamlet was reported to be resting

comfortably. He had no wounds observed. He again was counseled on the importance

of complying with his prescribed medications and diet, and the risk of progression of

his diabetes if he failed to do so.  Exh. 4: Chronological Record dated April 18, 2018;

23-Hour Observation Nurses Note April 18, 2018.

13. On April 24, 2018, Inmate Hamlet again was seen in the medical unit, where he

reported that he was having increased urinary frequency and that he had recently had

a diabetic coma. He was prescribed Dulcolax for constipation, as he reported that he

had gone for 5 days without a bowel movement. Exh. 5: Chronological Record dated

April 24, 2018.

14. Early in the morning of April 29, 2018, Inmate Hamlet was seen at the infirmary due

to an episode of hypoglycemia which had rendered him very weak. His vital signs

were stable upon admission to the infirmary. There is no record that Inmate Hamlet

had open wounds at the time of this examination. Nor is there any indication in the

medical records that Inmate Hamlet had feces or urine on his body at this time.

Medical staff also did not observe, or make note that the inmate complained of a lack of clothing or bedding or linens. Inmate Hamlet was in the infirmary for several hours and it is noted that he was "able to verbalize needs" during this time. The record also notes that there was "no acute distress noted." Exh. 6: Chronological Record dated April 29, 2018; 23-Hour Observation Nurses Note April 29, 2018.

15. Several hours later, in the evening of April 29, 2018, after Inmate Hamlet had returned to his cell in the confinement dorm, the nursing staff were notified by corrections officers that Inmate Hamlet had given away part of his dinner and diabetic snack. Adjustments to his insulin prescription were made and he was given a dose of Levemir. Exh. 6: Chronological Record dated April 29, 2018; 23-Hour Observation Nurses Note April 29, 2018.

16. On May 6, 2018, Inmate Hamlet was seen at the medical clinic and refused to take his medication for treatment of his Hepatitis C. He refused any further treatment of his Hepatitis C and reported that he will no longer take the prescribed medication. Exh. 7: Chronological Record dated May 6, 2018.

17. There is documentation in Inmate Hamlet's medical records that he was frequently noncompliant with his food intake and diabetic medications. In addition, there is documentation in the medical records that on several occasions Inmate Hamlet was provided food and/or snacks when he was experiencing a hypoglycemic event.

18. On May 8, 2018, Inmate Hamlet presented to medical for weakness, diarrhea, and hiccups for 3-4 days. His vital signs were documented as within normal limits. However, his blood glucose level was 344 mg/dl. A normal fasting blood sugar is between 80-100 mg/dl in most medical documentation. Inmate Hamlet's exam on that

date also documented signs and symptoms of dehydration. Although he was questioned and denied having bladder or bowel incontinence, there was urine and feces on his clothes and shoes. Inmate Hamlet was assisted to the shower and hygiene care was provided to him by medical staff. The clinician was notified and it was ordered that Inmate Hamlet be transferred to Larkin Hospital for further evaluation. Exh. 8: Chronological Record dated May 8, 2018.

19. I am aware that Inmate Hamlet has alleged that he "lost the use of [his] legs" as a result of what he alleges happened in the shower stall on April 25, 2018, but the medical records do not support that statement. There is no evidence that Inmate Hamlet was exposed to another inmate's human waste on April 25, 2018.

20. I am aware that Inmate Hamlet has alleged that he became very sick "from the bacterial infection" – which is apparently a reference to his belief that he got a bacterial infection from his alleged exposure to human waste in a shower stall on April 25, 2018, but the medical records do not support his statement. There is no evidence that Inmate Hamlet was exposed to another inmate's human waste on April 25, 2018.

21. I am aware that Inmate Hamlet has alleged that his alleged exposure to human waste in a shower stall on April 25, 2018, resulted in a bacterial infection that then resulted in an injury to his heart valve, and that he had to have heart surgery but the medical records do not support that chain of causation. There is no evidence that Inmate Hamlet was exposed to another inmate's human waste on April 25, 2018.

22. I am aware that Inmate Hamlet has alleged that he "almost lost [his] life" because of the alleged exposure to a potato-chip bag filled with human waste in the shower stall

on April 25, 2018, but the medical records do not support that statement. There is no evidence that Inmate Hamlet was exposed to another inmate's human waste on April 25, 2018.

23. I have personal knowledge of the foregoing facts based on my review of the medical records, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2021.

*Kellie Caswell, RN, BSN*
KELLIE CASWELL, RN, BSN

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NKDA (LDS) |
|---|---|
| DATE/TIME | |

DOCTOR'S CLINIC  DATE/TIME

4/6/18
0820

T 97.5 off P 85 BP 146/79 mmHg   F/U - 4 week
R 16  WT 181.4   HCV TX Eval

S - Pt here for flu & ttee tx today. Pt denies N/V or fatigue. Denies new rash on skin. Had episode of loose stool 2 days ago.

O - VS BP 146/79 Just took meds. General: AAOx3 Blm AAD noted 07:00am
HEENT: no jaundice to sclera
Neck: supple & bruts
Lungs: CTA
Heart: RRR & murmur
Abdomen: Soft + BS & organomegaly
Ext's: & edema noted
Neuro: & focal deficits.

A - ① Hx Hcv ⊕.  ④ mild Anemia (normocytic).
② Hx HTN.
③ Hx DM Type I (non-compliant).

P - ① Continue Epcula as ordered
② Repeat CBC in 4wks.
③ continue meds as ordered for BP/DM
④ Discuss compliance & meds/dietary intake & length

E - ① BSE for diabetic complication discussed

Inmate Name Hamlet, Lynn
DC# 037110   Race/Sex Bm
Date of Birth
Institution: Martin C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Glucose 3614
A1c 13
A1c 10
A1c 126
CBC TBC 8.70
Hgb 11.9
Hct 33.0
Ferritin 397
ANA ⊖

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

EXHIBIT 1

Hamlet000082

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NKDA + Wool

| DATE/TIME | |
|---|---|
| 4/16/18 /300 | Patient seen for medical emergency for Hypo-glycemia. See DC4-683LL    S. Brown LPN    Martin CI |
| 4/16/18 /800 | INC NOTE: PRE CONFINEMENT EVALUATION COMPLETED SEE DC4-769 AND DC4-650B. Patient refused evaluation    S. Brown LPN    Martin CI |

Inmate Name Hamlet Lynn
DC# 03710   Race/Sex B/M
Date of Birth
**Institution   Martin Correctional Inst.**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**EXHIBIT**
2

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

Hamlet000079

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIABETES PROTOCOL– Hypoglycemia (Blood Sugar < 70)**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

| SUBJECTIVE: Date 4/16/18   Time: 1300   Age: 66   ☑ Sick Call   ☐ EMID |
|---|

Allergies: NKDM

Current Medication(s): Jouemor, Lisinopr. I, Metformin, Norvasc, Lopresor, Glu...2

History of diabetes: ☐ Type 1  ☐ Type 2 ☑ Age diagnosed ___   Is pt. currently in Endocrine Clinic? ☑ No  ☐ Yes

Complaint/Current symptoms: (check all that apply)

☐ Nausea
☐ Vomiting: x _____ since _____ (time)
☐ Urinary frequency
☐ Increased urinary output
☐ Headache
☐ Tachypnea
☑ Blurred vision
☑ Confusion

☐ Fatigue or General malaise
☑ Slurred speech
☐ Shakiness
☐ Agitation
☐ Lethargy
☐ Pt comatose
☐ Poor wound healing
☐ Other _____

What and when was last diabetic medication: 0600

What and when was last snack/meal (whichever applies): N/A

---

| OBJECTIVE: Temp: 98.1  Pulse: 72  Resp: 18  Blood Pressure: 129 / 87  O2 sat: 99 %  Weight: 176 |
|---|

Initial blood sugar (finger stick): 30  If B.S. greater than 200, use *Diabetes Protocol-Hyperglycemia,* DC4-683MM

Respirations: ☑ Normal  ☐ Tachypnea (rapid rate)  ☐ Kussmaul (deep gasping)

Skin: ☐ Dry ☑ Diaphoretic  ☐ Warm  ☐ Cool  ☐ Pink  ☐ Pale,  ☐ Ashen

Mental Status: ☐ Alert & oriented x3  ☐ Inattentive/Forgetful ☑ Confused  ☐ Comatose

Behavior: ☐ Normal/Calm ☑ Agitated ☑ Combative  ☐ Seizure activity  ☐ Comatose

---

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION (Have completed Protocol and chart available)**

☐ Unconscious or comatose, see PLAN for treatment
☑ Blood sugar < 60, see PLAN for treatment
☐ Chest pain
☐ Kussmaul respirations
☐ Vomiting
☐ O₂ saturation less than 93%

☐ Temperature greater than 100.4
☐ BP less than 90/60 or greater than 160/100
☐ Heart rate less than 60 or greater than 110
☐ Respiratory rate less than 12 or greater than 30

---

**PLAN**

☐ No treatment required → blood sugar is > 70 and < 200 AND patient is asymptomatic and without complaints.

☐ If blood sugar is 60-69, and patient is asymptomatic:
   1. Have patient consume a glass of orange juice or available juice drink and a snack (ex. Peanut butter cracker).
   2. Recheck blood sugar 30 minutes after drinking juice.
   3. Repeat Steps 1 & 2 if needed to get blood glucose >70.

☑ If blood sugar is 60 – 69, and patient is symptomatic (see symptoms above in Subjective section), see PLAN for "Blood Sugar < 60".

☑ If blood sugar is less than 60 and patient is **conscious**:
   1. Administer oral glucose; repeat blood sugar at **15 and 30 minute** intervals.
   Time tube of oral glucose given: 1300  Initials: JB
   15 min: Time: 1315 Blood sugar: 37   30 min: Time: 1300 Blood sugar: 66   45 min BS 177

J. Brown
LPN

Martin CI   B.H.

INMATE NAME: Hamlet, Lynn
DC#: 03110   RACE: B   SEX: M
DATE OF BIRTH:
INSTITUTION: Martin CI

SIGNATURE AND STAMP/ PRINT of person completing form
MARTIN CI   R.N.
B. HOWARD
B.H.   MARTIN C.I.
RN or CLINICIAN REVIEWER

DC4-683LL (Revised 8/9/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Page 1 of 2

Hamlet000080

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIABETES PROTOCOL– Hypoglycemia (Blood Sugar < 70)**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

2. $O_2$ at 2L/min/NC prn
3. If blood sugar is still less than 60 at the 30 minute blood sugar check, give inmate another tube of oral glucose and repeat:
   Time tube of oral glucose given: _____  Initials: _____
   **15 min:  Time:** _____  Blood sugar: _____    **30 min:** Time: _____  Blood sugar: _____
4. If blood sugar is still less than 60 with 4th blood sugar check, call clinician: _____  Time: _____

☐ If blood sugar is less than 60 and patient is **unconscious**.  (Note: Reconstituted Glucagon should be used <u>immediately</u>.)
   1. Administer Glucagon 1 mg intramuscularly (IM).
      Time Glucagon 1 mg IM given: _____  Initials: _____
   2. After injection, turn patient on their side - - Glucagon may cause nausea/vomiting
   3. Check blood sugar **5 minutes** after Glucagon administration:    Time: _____  Blood sugar: _____
   4. Start IV of Dextrose 5 % in Normal Saline OR Dextrose 5% in Lactated Ringers with 18g needle at KVO (Keep Vein Open) rate.
   5. Start $O_2$ at 2L/min/NC
   6. Recheck blood pressure and pulse. Blood Pressure: _____/_____  Pulse: _____  Time: _____
   7. Notify clinician: _____  Time: _____
   8. Activate EMS as ordered.  Time called: _____  Time arrived: _____
   9. Check blood sugar **15 minutes** after Glucagon administration, if EMS not activated:  Time: _____  Blood sugar: _____
   10. Patient should regain consciousness within 15 minutes; if not, a second dose of Glucagon 1 mg IM may be given.
       2nd dose of Glucagon 1 mg IM given.  Time: _____  Initials: _____
   11. Check blood sugar **5 minutes** after administration:
       Time: _____  Blood sugar: _____
   12. Recheck blood pressure and pulse:  Blood Pressure: _____/_____  Pulse: _____  Time: _____
   13. Repeat blood sugar check **15 minutes** after administration of Glucagon:
       Time: _____  Blood sugar: _____
   14. **After patient responds, supplemental carbohydrates (E.g., peanut butter crackers) should be given to restore liver glycogen and to <u>prevent secondary/rebound hypoglycemia which is frequently seen after the administration of Glucagon.  If close to meal time, arrange to have meal tray served in medical.</u>**
       Carbohydrates given: _____  Time: _____
   15. <u>ADMIT</u> patient to infirmary (<u>Do not put in infirmary as a "23 Hour Observation" patient.</u>).
   16. Blood sugar must be checked every hour, for 3-4 hours after patient regains consciousness.
       Time: _____  Blood sugar _____                *patient refused admission to infirmary*
       Time: _____  Blood sugar _____
       Time: _____  Blood sugar _____
       Time: _____  Blood sugar _____
       NOTE:  Glucagon is effective for only 90 minutes.
☐ Other: _____
☐ Pass: _____

| EDUCATION |
| --- |

☑ Inmate instructed on signs and symptoms of hypoglycemia.
☑ Inmate instructed to try to eat a consistent, well balanced diet that is high in fiber, low in saturated fats, and low in concentrated sweets; inmate instructed to eat bedtime snack every night if ordered by clinician.
☑ Inmate instructed to stay well hydrated by drinking 6 to 8 glasses of water each day.
☑ Inmate instructed to take meds as prescribed and have blood sugar checked daily as ordered.
☑ Other: _____
☐ Inmate instructed to return if symptoms continue, become worse, or if he/she develops any new symptoms.

<u>Regular Insulin</u>: Onset - approximately 30 minutes after SC administration. Peaks - approximately 1-3 hrs.  Duration of action: 3-14 hours.

<u>NPH Insulin</u>: Onset - 1-1.5 hours after SC administration.  Peaks - In 4-12 hours.  Duration of action up to 24 hours average.

INMATE NAME: *Hamlet Lynn*                          J. Brown
DC#: *0371*   RACE: *W*   SEX: *M*                    LPN
                                                     Martin C.I.
DATE OF BIRTH: _____                SIGNATURE AND STAMP/PRINT of person completing form
INSTITUTION: *Martin C I*                                      R.N.
                                                        MARTIN C.I.
                                              RN or CLINICIAN REVIEWER

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Hamlet000081

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | |
|---|---|
| **DATE/TIME** | |
| 4/17/18 1940 | PT was seen for Insulin Medication, B/S was < 501 PA was notified and protocol DC4-683 MM. |
| 4/17/18 2045 | PT was rechecked for Blood Sugar PA was called because still high. PT was ordered to be 23 hrs observation. sec older form DC4-74B. |
| | J. Clark LPN Martin |

Inmate Name Hamlet, Lynn
DC# 03711A ___ Race/Sex W/M
Date of Birth ___
Institution Martin C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

**EXHIBIT**
3

**FLORIDA DEPARTMENT OF CORREC**
**OFFICE OF HEALTH SERVICES**
**DIABETES PROTOCOL – Hyperglycemia (Blood Sugar > 140)**
**NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

---

**SUBJECTIVE:** Date: 4-17-18   Time: 1745   Age: 66   ☐ Sick Call ☑ EMID

Allergies: NKA

Current Medication(s): Levemir, Lisinopril, Metformin, Norvasc, Lopresor, Glipizide

Has patient ever been admitted to a hospital for DKA* or HHNS**? ☑ No ☐ Yes → when: _____

History of diabetes: ☐ Type 1 ☑ Type 2 → Age diagnosed: Unknown  Is pt. currently in Endocrine Clinic? ☐ No ☑ Yes

Complaint/Current symptoms:  (check all that apply)

☐ Nausea
☐ Vomiting: x _____ since _____ (time)
☐ Urinary frequency
☐ Increased urinary output
☐ Headache
☐ Tachypnea
☐ Blurred vision
☐ Confusion
☐ Other _____

☐ Fatigue or General malaise
☐ Slurred speech
☐ Shakiness
☑ Agitation
☐ Lethargy
☐ Pt comatose
☐ Infected appearing wound
☐ UTI symptoms (common precursor to hyperglycemic episode)

What and when was last diabetic medication: Refused AM Insulin & medication

What and when was last snack/meal (whichever applies): lunch 4-17-18

---

**OBJECTIVE:** Temp: 98.8   Pulse: 76   Resp: 18   Blood Pressure: 130/89   O2 sat: 99 %  Weight: 176

Initial blood sugar (finger stick): 510   If B.S. less than 70, use "Diabetes Protocol – Hypoglycemia," DC4-683LL

Respirations: ☑ Normal ☐ Tachypnea (rapid rate) ☐ Kussmaul (deep gasping)

☐ URI symptoms (pneumonia is one of the most common precursors to diabetic hyperglycemia)

Acetone smelling breath: ☑ No ☐ Yes  emod

Skin: ☐ Dry ☐ Diaphoretic ☑ Warm ☐ Cool ☑ Pink ☐ Pale ☐ Ashen

Signs of dehydration: ☐ Dry mucous membranes ☐ Poor skin turgor ☐ Dry, scaly skin  NA

Mental Status: ☑ Alert & oriented x3 ☐ Inattentive/Forgetful ☐ Confused ☐ Comatose

Behavior: ☑ Normal/Calm ☐ Agitated ☐ Combative ☐ Seizure activity ☐ Comatose

---

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION (Have completed Protocol and chart available)**

☐ Unconscious or comatose – (1st call 911, then call the clinician, and then see Plan for treatment)
☑ Blood sugar is > 300
☐ Chest pain
☐ Kussmaul respirations
☐ Vomiting
☐ Acetone breath
☐ O2 saturation less than 93%

☐ BP less than 90/60 or greater than 160/100
☐ Heart rate less than 60 or greater than 110
☐ Respiratory rate less than 12 or greater than 30
☐ Temperature greater than 100.4
☐ Urine ketones

---

**PLAN**

☐ No treatment required → blood sugar is > 70 and < 200 AND patient is asymptomatic and without complaints.

☐ If blood sugar ≥ 200 and patient is conscious: Call PA Smith ordered 12 units of Regular SQ and Recheck blood in a hr or two.

☐ 1. Place patient in treatment room and observe patient drink 8 glasses of water and/or sugar-free non-caffeine drinks (if patient not c/o nausea and vomiting); ~ 1 – 2 glasses 8 – 16 oz.) every 10 minutes.

☐ 2. Obtain voided urine specimen and check for ketones.  Ketone level: _____ at _____ (time).

☐ 3. If patient c/o nausea and isn't able to drink fluids, call physician for either an order for an antiemetic and/or IV fluids.  Orders received: _____

☐ 4. Recheck blood sugar after 1 hour of oral or IV fluids.  Blood sugar: _____ at _____ (time).

☑ 5. Recheck blood sugar 1 hour after 1st blood sugar recheck (#4 order) to make sure blood sugar is continuing to decrease.  Blood sugar: 2045 at #1 (time).  Regular insulin 12 unit SQ, Recheck in an hour LPN

☐ 6. Patient may return to dorm if 2nd blood sugar is less than 1st blood sugar. Recheck in an hour  Martin CI

INMATE NAME: Hamlet, Lynn

DC#: 037110   RACE: B   SEX: M

DATE OF BIRTH: _____

INSTITUTION: Martin

SIGNATURE AND STAMP/ PRINT of person completing form
J. Clark
R.N.
MARTIN CI

RN or CLINICIAN REVIEWER

DC4-683MM (Revised 3/7/17)

Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Hamlet000075

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIABETES PROTOCOL – Hyperglycemia (Blood Sugar > 140)
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

☐ If blood sugar is ≥ 200 and patient is **unconscious**:

    ☐ 1. 1st call 911, then call the clinician
    ☐ 2. Protect inmate's airway; have airway equipment, including ambu, at patient's bedside.
    ☐ 3. **ADMIT** patient to infirmary (Do not put in infirmary as a "23 Hour Observation" patient.).
    ☐ 4. Start IV of N.S. (0.9% Sodium Chloride) at 200cc/hr (initial goal is to correct circulating volume deficit due to the hyperglycemia)
    ☐ 5. Give Regular insulin _____ units IV as ordered by clinician: _____. Given at: _____
    ☐ 6. Give Regular insulin _____ units SQ as ordered by clinician: _____. Given at: _____
    ☐ 7. If only IV fluids are given, recheck blood sugar Q1H and notify MD for sugars over 300.
        Time: _____ Blood sugar: _____ Clinician notified: ☐ N/A ☐ Yes
        Time: _____ Blood sugar: _____ Clinician notified: ☐ N/A ☐ Yes
        Time: _____ Blood sugar: _____ Clinician notified: ☐ N/A ☐ Yes
    ☐ 8. If Regular insulin has been given, recheck blood sugar:
        After 30 minutes: Time: _____ Blood sugar: _____ Clinician notified: ☐ N/A ☐ Yes
        After 60 minutes: Time: _____ Blood sugar: _____ Clinician notified: ☐ N/A ☐ Yes
☐ Other: _____

N/A

---

## EDUCATION

☑ Inmate instructed on signs and symptoms of hyperglycemia (increased thirst, hunger, urination, fatigue, blurred vision).
☑ Inmate instructed to try to eat a consistent, well balanced diet that is high in fiber, low in saturated fats, and low in concentrated sweets.
☑ Inmate instructed to stay well hydrated by drinking 6 to 8 glasses of water each day. Teach patient that an elevated blood sugar acts as a diuretic and causes dehydration due to the body's attempt to get rid of the excess BS with increased urination. Fluids dilute blood sugar levels in the blood and rehydrate the body.
☑ Inmate instructed to increase their daily activity/exercise if possible → exercise has an insulin-like effect and helps decrease blood sugar levels.
☑ Inmate instructed to inspect feet daily for presence of a new wound/ulcer.
☑ Inmate instructed to watch for early signs of infection (skin/wound infection, urinary tract infection, URI, etc.).
☑ Inmate instructed to take meds as prescribed and have blood sugar checked daily as ordered.
☑ Inmate instructed to return to clinic for increase in leg edema. Teach inmate that diabetes causes neuropathy which causes feet/leg welling which in turn can lead to skin ulcerations.
☐ Other: _____
☑ Inmate instructed to return if symptoms continue, become worse, or if he/she develops any new symptoms.

*DKA: Diabetes Ketoacidosis. Considered a medical emergency. DKA is potentially life-threatening complication with diabetes mellitus. It results from the shortage of insulin requiring the body to switch to burning fatty acids and producing ketone bodies. Usually seen in Type 1 diabetes but may be seen in Type 2 diabetes under certain circumstances. Usually seen with concurrent illnesses (especially infections) or poor compliance with insulin therapy. Vomiting, dehydration, deep gasping breathing, confusion, and occasional coma are typical symptoms along with high blood sugar levels. Diagnosed when the combination of hyperglycemia, presence of ketones in the blood or urine, and acidosis are present. Treatment is IV fluid hydration, insulin therapy, and close observation.

**HHKN or HNS: Hyperglycemic Hyperosmolar Nonketotic Acidosis or Hyperosmolar Nonketotic State (ADA). A type of diabetic coma associated with a high mortality seen in diabetes mellitus type 2. Usually precipitated by an infection, MI, CVA, or other acute illness. A relative insulin deficiency → leads to a blood sugar usually > 600 → leads to polyuria → leads to volume depletion/dehydration (as much as 8-12 liters!) and hemconcentration → leads to further increase in blood sugar level. Ketosis is absent because the pancreas in these patients are still producing some insulin which inhibits lypolysis. Treatment includes IV fluid hydration - patients with HHS usually require 1 liter/hour during the first few hours, electrolyte replacement (especially potassium), and insulin therapy.

Regular Insulin: Onset - 30 minutes after SC administration. Peaks - In 1-3 hrs. Duration of action: 5 -12 hours.

NPH insulin: Onset - 1-1.5 hours after SC administration. Peaks - In 4-12 hours. Duration of action: 24 - 28 hours.

INMATE NAME: Hamlet, Lynn
DC#: 03 7110   RACE: B   SEX: M
DATE OF BIRTH: _____
INSTITUTION: Martin C.I.

J. Clark
LPN
Martin CI
SIGNATURE AND STAMP/ PRINT of person completing form

RN or CLINICIAN REVIEWER

DC4-683MM (Revised 3/7/17)                                                    Page **2** of 2
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Hamlet000076

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care



Allergies: NKDA

| DATE/TIME | |
|---|---|
| 4/18/18 0800 | S - Pt seen in infirmary for hyperglycemia on 4/17/18 secondary to refusal of all insulin. Pt relates feels ok today. Claims he will start taking his insulin. |
| | O - US T 97.9 P 84 R18 BP 127/78 General: Awake Alert BIM NAD resting up in bed. HEENT: PERRLA EOMI neck: supple lungs: CTA Heart: RRR no murmur Abdomen: soft BS+ all quads Ext: no edema noted neuro: no focal deficit Random BS check 315 mg/dl. Had Glucose tube per nurse D/Wed & I earlier this morning. |
| | A - (1) HEO 300m (P:C) (2) Hyperglycemia non-compliant c DM |
| | P - (1) Take medications & insulin as ordered. (2) follow-up c HEO on insulin regimen / DM management in one week. (3) Compliance c 2600 calorie diet as ordered. |
| | E - (1) P.O. c discussed. |

M. Ryan R.N.
Martin C.I.

4/18/18
P. Patten ARNP
Martin C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

Inmate Name: Hamlet, Lynn
DC#: 037110  Race/Sex: B/M
Date of Birth:
Institution: Martinez

EXHIBIT
4

Hamlet000071

## FLORIDA DEPARTMENT OF CORRECTIONS
## INFIRMARY OUTPATIENT ADMISSION
## 23-HOUR OBSERVATION NURSES NOTE

**Directions:**

| |
|---|
| 1. This form must be completed on all inmates placed in an Infirmary bed for observation purposes, regardless of expected length of stay. |
| 2. The patient must have, at minimum, a patient evaluation documented in the Nurses Note section at least once every 8 hours. Additional documentation, including repeat vital signs, are to be documented in the Nurses Notes section of this form prn based on the patient's condition. |
| 3. Per DOC Policy (HS8 15.03.26): Twenty-three (23) hours after being placed in the Infirmary, the Infirmary nurse or shift charge nurse is to notify the clinician (in person or by phone) that the 23 Hour Observation period is over and he/she needs to make a decision on the disposition of the patient.  At this time, the clinician must either:  1) Discharge the pt. back to their dorm, 2) Admit the pt. to the Infirmary as an Acute Illness Admission (complete DC4-732, DC4-684, and DC4-797E or 3) Transfer the pt. to an outside hospital,).  If the nurse is unable to obtain an order for one of these dispositions, the RMED is to be notified at that time and apprised of the situation.  See back page for documentation requirements. |
| 4. When inmate is released from the Infirmary, complete the discharge information at the bottom of the back page and file this form in the Outpatient Record (green jacket) on the right side, with the Nursing Protocols, in chronological order. |

Admission Date: 4/17/18                                    Admission Time: 2045

Reason patient has been placed in the Infirmary for observation:
Keto Acidosis

Patient was initially assessed using **Nursing Protocol DC4-_____** or **DC4-701** if no protocol available for complaint

Clinician Smith MD/ARNP notified of patient's placement in the Infirmary at _____ (time).

The following orders were obtained from the Clinician _____ when the patient was placed in the Infirmary:
1. Diet: 2600 Diabetic diet
2. Activity level: BRP
3. Vital signs frequency (circle one): q15m     q30m     q1h     q2h     q4h     q8h     q12h     q day     Other Q Shift
4. Continue current meds? ☑ YES  ☐ No  ☐ Need to obtain pt's KOP med cards from his/her dorm

Additional orders received for the care of this patient:
5.
6.
7.

NOTE:  All clinician orders must also be documented on form DC4-714B per DOC policy.

Allergies: NKDA

Pain Level on arrival to the Infirmary: 0) 1  2  3  4  5  6  7  8  9  10     (0=no pain, 10 worst pain)

Vital signs on arrival to the Infirmary:     Temp: 98.1°  | Pulse: 73 | Resp: 18 | B/P: 114/66 | O2 Sat: 98 %

If diabetic, blood glucose upon arrival in the Infirmary: ~~Empty~~

Pt. Admit info entered into DC4-797B *Infirmary Log – Outpatient* by Admission Nurse:

| Date & Time | Nursing Notes | Nurse's Signature |
|---|---|---|
| 4/17/18 2130 | I/M to medical for uncontrolled B.S. Regular Insulin administered as ordered. I/M placed in ISO cell #3 due to confinement status. Alert and responsive. BS 444. Will continue to monitor.  -I Dumercy | I. DUMERCY R.N. MARTIN C.I. |
| 2145 | po fluid encouraged and taken well | I. DUMERCY R.N. MARTIN C.I. |

**Back page must be completed at the end of 23 hours and signed by Discharge Nurse.**

Inmate Name: Hamlet Lyon
DC#: 037110
Date of Birth: _____
Institution: Martin CI

DC4-732B (Issued 11/14/13)

Hamlet000072

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY OUTPATIENT ADMISSION**
**23-HOUR OBSERVATION NURSES NOTE**

| Date & Time | Nursing Notes | Nurse's Signature |
|---|---|---|
| 4/18/18 0600 | I/M observed resting comfortably c̄ no s/s of acute distress noted. s/c checked. BP & will continue to monitor. Dumercy | I. DUMERCY R.N. MARTIN C.I. |
| 0700 | I/M awake and alert. Consumed 100% of breakfast. Scheduled Lexpensin administered. BS 108° | Dumercy I. Dumercy RN |
| 4/18/18 0900 | Pt d/c from 23° obs at this time. No wounds, dressings, or medical complaints at this time. Pt to f/u c̄ provider in 1 week. Educated on medical access via s/c, s/sx of hypoglycemia, diet of disease process and medication compliance. Pt verbalizes understanding and denies any questions at this time. VS 127/78 HR 84 97.1 R16 98%. Stable disposition. D/c to security custody waiting housing and transport to confinement. MR | M. Ryan R.N. Martin CI |

Clinician ___ Patle ___ notified at end of 23 hours: 0850 (Date and Time) and orders were received from the clinician to discharge the patient to: ☐ Dorm ☐ ER ☐ Full Acute Illness Admit status

No disposition received from the clinician. RMED _____ notified at this time per HSB 15.03.26 by _____ (nurse) at _____ (time).

Discharge Date: 4/18/18 Discharge Time: 0850 Disposition: ☑ Dorm ☐ ER ☐ Full Acute Illness Admit status
Discharge instructions given to patient:
1. Take insulin / medications as prescribed
2. Compliance with care discussed @ length
3. and dietary needs ADA 2600 cal.

Pt. D/C info entered into DC4-797B *Infirmary Log – Outpatient* by Discharge Nurse: X ___ 4/18/18
APRN Patle Martin CI

Inmate Name: Hamlet Lynn
DC#: 037  11  07
Date of Birth: _____
Institution: Martin CI

Hamlet000073

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA, Wool.

| DATE/TIME | |
|---|---|
| 4/18/18 1000 | Inc note: Post use of force exam complete See DC4701C and DC4708. Pt refused evaluation see DC4711A. — M. Ryan R.N. Martin CI |
| 4/24/18 958 | DOCTOR'S CLINIC DATE/TIME          F/U - DM T 98.8 FF 5% BP 120/70 mmHg   ABD pain R 18 WT 178 O2 98% NO AM x5D However HAD 1 this AM. Had recent Diabetic cramp. Denies s/sx DMU x usual Urinary frequency. "I'm now in confinement" O. Ambulates g/t x stand s problem ABD-flat, NT, ⊕BS(NL). ⊕ mass/organomegaly • Mars reviewed since DMMA can be covered by s/s   adequate coverage. A. ⊕ IDDM — now stable x s/s coverage. ② Reduced BM. P. ① continue current meds ② Dulcolax 2 tabs PRN constipation THE 1 in 2-3ᶜ     if ⊘ BM E. RTC PRN via s/call/EM/CIC.    A. Smith P.A. Martin CI |

Inmate Name Hamlet, Lynn
DC# 037110    Race/Sex BM
Date of Birth
Institution Martin CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

EXHIBIT 5

## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

| Allergies: | NKDA |
|---|---|
| DATE/TIME | |

4-29-18
1735
PT B/S was 557 at 1630, on call provider was error
Dr wetterer notified at 1700 per doctor order on sliding scale.
Nursing staff was notified by security that PT had
given away part of his dinner tray & his diabetic snack.
Inlight of this Dr. wetterer held PT's (R) insulin. Sliding
Scale. levemir was given per Orders.

J. Clark Jr
LPN

Incomplete
Telephone order for Levemir
executed + sign

R. Ryan
RN
Martin CI

Patten
ARNP
Martin CI

5/6/18
1300
INC NOTE; I/m refusing HepC Treatment
3 attempts were made to have I/m
take meds I/m state he does not want
med and he will not take it any more

A. Scott
R.N.
Martin CI

Inmate Name Hamlet, Linn E
DC# 03710    Race/Sex B/M
Date of Birth
Institution Main C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

EXHIBIT
6

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210    Hamlet000064

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY OUTPATIENT ADMISSION**
**23-HOUR OBSERVATION NURSES NOTE**

**Directions:**

| |
|---|
| 1. This form must be completed on all inmates placed in an Infirmary bed for observation purposes, regardless of expected length of stay. |
| 2. The patient must have, at minimum, a patient evaluation documented in the Nurses Note section at least once every 8 hours.  Additional documentation, including repeat vital signs, are to be documented in the Nurses Notes section of this form prn based on the patient's condition. |
| 3. Per DOC Policy (HSB 15.03.26): Twenty-three (23) hours after being placed in the Infirmary, the Infirmary nurse or shift charge nurse is to notify the clinician (in person or by phone) that the 23 Hour Observation period is over and he/she needs to make a decision on the disposition of the patient.  At this time, the clinician must either:  1) Discharge the pt. back to their dorm,  2) Admit the pt. to the Infirmary as an Acute Illness Admission (complete DC4-732, DC4-684, and DC4-797E or 3) Transfer the pt. to an outside hospital,).  If the nurse is unable to obtain an order for one of these dispositions, the RMED is to be notified at that time and apprised of the situation. See back page for documentation requirements. |
| 4. When inmate is released from the Infirmary, complete the discharge information at the bottom of the back page and file this form in the Outpatient Record (green jacket) on the right side, with the Nursing Protocols, in chronological order. |

| | |
|---|---|
| Admission Date: 04 / 29 / 2018 | Admission Time: 0250 |

Reason patient has been placed in the Infirmary for observation:
Hypoglycemia

Patient was initially assessed using **Nursing Protocol DC4-082LL** or **DC4-701** if no protocol available for complaint

Clinician Wetterer (MD)ARNP notified of patient's placement in the Infirmary at 02 (time).

The following orders were obtained from the Clinician Wetterer when the patient was placed in the Infirmary:
1. Diet: 2600 Diabtic Diet
2. Activity level: BRP
3. Vital signs frequency (circle one): q15m    q30m    q1h    q2h    q4h    c8h    q12h    q day    Other: QShi V4
4. Continue current meds? ☑Yes ☐ No ☐ Need to obtain pt's KOP med cards from his/her dorm
Additional orders received for the care of this patient:
5.
6.
7.
NOTE:  All clinician orders must also be documented on form DC4-714B per DOC policy.

Allergies: NKDA , WD?

Pain Level on arrival to the Infirmary:  0  1  2  3  4  5  6  7  8  9  10    (0=no pain, 10 worst pain)

| Vital signs on arrival to the Infirmary: | Temp: 95.6 | Pulse: 67 | Resp: 18 | B/P: 162/92 | O2 Sat 98 % |
|---|---|---|---|---|---|

K. Shirey
RN, Martin CI

If diabetic, blood glucose upon arrival in the Infirmary: 135

Pt. Admit info entered into DC4-797B *Infirmary Log – Outpatient* by Admission Nurse: ____

| Date & Time | Nursing Notes | Nurse's Signature |
|---|---|---|
| 4/29/18 0250 | Pt was put in infirmary due to hypoglycemia. He is A&O x 3. He feels mild to moderate weakness. Vital signs are stable. Continue to monitor. | K Shirey RN Martin CI |
| 4/29/18 0930 | Inmate most studying in cell by door. Able to verbalize needs BS. BS-524. Dr. Wetterer notified via telpho. No insulin order at this time. I.O. discharge to continuum via security. No acute distress noted. | ____ CW |

Back page must be completed at the end of 23 hours and signed by Discharge Nurse.

Inmate Name: Hamlet, Cyril
DC#: 037110
Date of Birth: ____
Institution: ____ MCI

DC4-732B (Issued 11/14/13)

Hamlet000065

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY OUTPATIENT ADMISSION**
**23-HOUR OBSERVATION NURSES NOTE**

| Date & Time | Nursing Notes | Nurse's Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Clinician _____ notified at end of 23 hours: _____ (Date and Time) and orders were received from the clinician to discharge the patient to: ☐ Dorm ☐ ER ☐ Full Acute Illness Admit status

No disposition received from the clinician. RMED _____ notified at this time per HSB 15.03.26 by _____ (nurse) at _____ (time).

| Discharge Date: | Discharge Time: | Disposition: ☐ Dorm ☐ ER ☐ Full Acute Illness Admit status |
|---|---|---|

Discharge instructions given to patient:
1.
2.
3.

Pt. D/C info entered into DC4-797B *Infirmary Log – Outpatient* by Discharge Nurse:

Inmate Name: _Hamlet, Lynn_
DC#: _03710_
Date of Birth: _____
Institution: _MCC_

DC4-732B (Issued 11/14/13)

Hamlet000066

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** NKDA

| DATE/TIME | |
|---|---|
| 4-29-18 1735 | PT B/S was 557 at 1630, on Call provider was error Dr wetterer notified at 1700 per doctor order on sliding scale. Nursing staff was notified by security that PT had given away part of his dinner tray & his diabetic snack. In light of this Dr. wetterer held PT's (R) insulin. Sliding scale. levemir was given per Orders. |

*J. Clark Jr LPN*

1/30/18 0830 — Incorrect Telephone order for Levemir executed + sign.

M. Ryan RN Martin CI 1330

Patten ARNP Martin CI

| 5/6/18 1300 | INC NOTE: I/m refusing HepC Treatment 3 attempts were made to have I/m take meds. I/m state he does not want med and he will not take it done more. |

*A. Scott R.N. Martin CI*

Inmate Name Hamlet, Linn E.
DC# 03710   Race/Sex B/M
Date of Birth
Institution Martin C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

EXHIBIT 7

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210   Hamlet000064

EXHIBIT

8

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: NKDA

DATE/TIME 5/8/18 0845

DOCTOR'S CLINIC 5/8/18
Date/Time:
T 97  BP 110  P  O2 SAT 98  BS 344 mg/dL
R 16  WT

EMRC weakness, confusion.

S – Pt brought to clinic via stretcher. Pt very weak, generalized. Denies bowel or bladder incontinence @ this time. Hiccups x 3-4 days

O – US safe bte
General: Awake, but appears very weak and with periods of confusion
HEENT: Pupils equal reactive to light sclera/conjunctiva pallor. Oral mucosa dry
Neck: supple. Ø JVD distention noted
Lungs: Diminished in bases bilaterally
Heart: RRR Ø murmurs
Abdomen: soft BS x4 quads Ø organomegaly @ times
GU: @ Bowel and bladder incontinence noted to clothing and on shoes.
Ext: Ø edema noted
Skin: Turgor poor
Neuro: Speech clear bilateral hand grasp weak, needs full assist to ambulate due to generalized weakness + unsteady gait.

A – ① Dehydration
② Altered mental status
③ Intractable hiccups.

Over → S- Subjective Data
O- Objective Data
A- Assessment of Same data
P- Plan
E- Education

Inmate Name: Hamlet, Lynn
DC# 037710  Race/Sex: B/M
Date of Birth
Institution: MCI

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

Hamlet000061

Hamlet000060

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care



**Allergies:** NKDA

| DATE/TIME | |
|---|---|
| 5/8/18 @ 845 | A - ④ Bowel/Bladder Incontinency<br>P - ① Pt placed in shower and hygiene care provided by staff (medical).<br>② See Dr. 7/14/8 for orders written.<br>③ Force fluids / IVF ordered see Dr. 7/14/8<br>④ Thorazine 25mg IM x 1 dose for hiccups.<br>⑤ Labs CBC, CMP STAT.<br>⑥ Will continue to monitor in infirmary till stable.<br>E - ① Pt reoriented to situation @ this time. |
| 5/8/18 @ 945 | M. Ryan R.N. Martin CI |
| 5/8/18 @ 945 | Incnote<br>Pt = no IV access for hydration today. Veins poor and no blood return. No change in status.<br>M. Ryan R.N. Martin CI |
| 5/8/18 @ 1001 | **INCIDENTAL NOTE:**<br>Transfer to Lawnwood Hospital per MD/Dr Hernandez for further work up and care.<br>M. Ryan R.N. Martin CI |

**Inmate Name** Hamlet Lynn
**DC#** 037110   **Race/Sex** B/M
**Date of Birth** _____
**Institution** _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education