UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

## **DECLARATION OF OFFICER MICHAEL PEMBERTON**

STATE OF FLORIDA
COUNTY OF MARTIN

I, Michael Pemberton, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Michael Pemberton and I have been employed by the Florida Department of Corrections (FDC) since June 2009. I have been working at Martin Correctional Institution during my career at FDC.

2. I have reviewed the duty roster for April 25, 2018, and it shows that I worked the night shift on that date, starting at 7:00 pm and I was assigned to the disciplinary confinement unit, unit D.

3. Shower nights were Monday, Wednesday and Friday in the disciplinary confinement dorm when Inmate Hamlet was housed there in April 2018.

4. As an officer assigned to the confinement unit it was my responsibility to assist with escorting inmates to and from the shower stalls.

5. While the inmates are at the shower stalls we searched their cells for contraband.

6. I am familiar with Inmate Hamlet.



EXHIBIT H

7. Inmate Hamlet never complained to me about being forced to shower in an unclean shower stall and he never said that there was a bag of human waste in a shower stall.

8. If an inmate ever complained to me about there being a potato chip bag filled with human waste in a shower stall I would remember that because it sounds crazy, and in my almost 12 years as a corrections officer I've never heard of such a thing.

9. Inmate Hamlet also never complained to me that all of his bedding and linens had been taken away by Officer Brandon Hoxie.

10. I worked with Officer Hoxie for a few shifts but I do not recall whether he worked with me in the confinement dorm (dorm D) on the night of April 25, 2018, but I know that if the duty roster doesn't show his name assigned to dorm D for that shift then he would not have been working in dorm D on that night.

11. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2021.

**MICHAEL PEMBERTON**
Corrections Officer