UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

## DECLARATION OF SERGEANT ROBERT GORMAN

STATE OF FLORIDA
COUNTY OF MARTIN

I, Robert Gorman, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Robert Gorman and I have been employed by the Florida Department of Corrections (FDC) since 01/04/13, and I have been working at Martin Correctional Institution (Martin C.I.) since 01/04/13. I was promoted to Sergeant in 11/15/19.

2. I am familiar with Inmate Hamlet because he is well known for frequently complaining.

3. I have reviewed the duty roster and on Wednesday, April 25, 2018, I worked the night shift and was assigned to the disciplinary confinement unit at Martin Correctional Institution, unit D.

4. Shower nights were Monday, Wednesday and Friday in the disciplinary confinement dorm when inmate Hamlet was housed there in April 2018.

5. As an officer assigned to the confinement unit it was my responsibility to assist with escorting inmates to and from the shower stalls.

EXHIBIT I

6. Inmate Hamlet he never complained to me about being forced to shower in an unclean shower stall and he never said that there was a potato chip bag of human waste in a shower stall.

7. Inmate Hamlet also never told me that he had no bedding or linens.

8. In my career at FDC I have never heard of a potato chip bag being used in a shower stall for an inmate to relieve himself.

9. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2021.

**ROBERT GORMAN**
Corrections Sergeant