UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

**DECLARATION OF SERGEANT SAMUEL LEWIS**

STATE OF FLORIDA
COUNTY OF MARTIN

I, Samuel Lewis, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Samuel Lewis and I have been employed by the Florida Department of Corrections since September 2015. I was promoted to Sergeant in late 2016.

2. On April 25, 2018, I worked the night shift and was assigned to the disciplinary confinement unit at Martin Correctional Institution.

3. At the beginning of each shift the sergeant walks through the unit to see if inmates need toiletry items (toilet paper, toothpaste, soap) or bedding, or to see if the inmates have any complaints.

4. Shower nights were Monday, Wednesday and Friday in the disciplinary confinement dorm when inmate Hamlet was housed there in April 2018.

5. Inmates in the confinement dorm always are escorted to the shower stalls by two officers at a time.



EXHIBIT J

6. I always instruct the officers working with me in the confinement dorm to inspect each shower stall to make sure that there is no contraband in the shower stall before an inmate is placed in the shower stall.

7. We generally would have inmates from more than one cell taking a shower at the same time (in separate shower stalls).

8. Each shower night the corrections officers thoroughly search each cell while the inmates from that cell are in the shower.

9. Inmate Hamlet did not complain to me on the night of April 25, 2018, that he had been forced to shower in an unclean shower stall.

10. Inmate Hamlet did not complain to me on the night of April 25, 2018, that he had no bedding or linens.

11. I do not recall that Officer Brandon Hoxie worked with me in the confinement dorm on the night of April 25, 2018.

12. I never heard an inmate complain about there being a potato chip bag filled with human waste in a shower stall.

13. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2021.

*[signature]*

SAMUEL LEWIS
Corrections Sergeant