UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14167 – MIDDLEBROOKS/McALILEY

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER BRANDON HOXIE,

    Defendant.

_____/

## DECLARATION OF EFRAIN PELLOT

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

I, Efrain Pellot, state that I have personal knowledge of the following information and that it is true and correct.

1. My name is Efrain Pellot and I was employed by the Florida Department of Corrections from March 2016 until December 2019, when I resigned to take a job in South Carolina.

2. I currently serve as a Corrections Officer for the Greenville County Detention Center in South Carolina.

3. On April 25, 2018, I worked the night shift and was assigned to the disciplinary confinement unit at Martin Correctional Institution, unit D.

4. Shower nights were Monday, Wednesday and Friday in the disciplinary confinement dorm when inmate Hamlet was housed there in April 2018.

5. As an officer assigned to the confinement unit it was my responsibility to assist with escorting inmates to and from the shower stalls.

6. While the inmates are at the shower stalls we search their cells for contraband.


EXHIBIT K

7. I am familiar with Inmate Hamlet because he was often trying to take extra food because he was not satisfied with the special meals he received based on his diabetic diet.

8. I remember Brandon Hoxie because we worked together frequently.

9. Inmate Hamlet never complained to me about being forced to shower in an unclean shower stall and he never said that there was a bag of human waste in a shower stall during any of the shifts that I worked in the confinement dorm, which includes the shift that I worked on the night of April 25, 2018.

10. Inmate Hamlet also never told me that he had no bedding or linens on any of the shifts that I worked in the confinement dorm, which includes the shift I worked on the night of April 25, 2018.

11. Inmate Hamlet never complained to me about being left in a shower too long.

12. Inmate Hamlet never complained to me about Officer Hoxie.

13. If I had heard an inmate complain about there being a potato chip bag filled with human waste in a shower stall I would remember, because it would be so unusual.

14. When inmates are sent to the disciplinary confinement dorm (dorm D) they are strip searched and they are not allowed to bring items like a bag of potato chips into the confinement dorm.

15. I don't think that Brandon Hoxie worked with me in the confinement dorm (dorm D) on the night of April 25, 2018, and if the duty roster doesn't show his name assigned to dorm D for that shift then he would not have been working in dorm D.

16. Officers from another dorm would not generally come to work in the confinement dorm unless there was a special staffing need or an emergency.

17. I have personal knowledge of the foregoing facts, and I am competent to testify to such facts. I would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

true and correct.
Executed on March 30, 2021.

*[signature]*

**EFRAIN PELLOT**
Former Corrections Officer of Florida
Department of Corrections

Executed on March ___, 2021.

_____
**EFRAIN PELLOT**
Former Corrections Officer of Florida
Department of Corrections