United States District Court, Southern,
District Of Florida.      Case no: 18-CV-14167
Lynn Edward Hamlet      Middlebrooks/McAliley
Plaintiff
V.
Martin Correctional Institution,
And Staff with Brandon Hoxie

Lynn Edward Hamlet, Sworn Affidavit Opposing, Summary Judgment.

Material Facts in Opposing of Summerary Judgment.

1. Lynn E. Hamlet would like the Court to no, he has Glaucoma, And Cataracts, in both eyes.
2. I have told Judge Middlebrook many times, but he only cares about the Attorney General,
3. Office. Plaintiff Pursuant to local Rule 56.1 of the,
4. local Rules For the Southern District Of Florida, hereby Files his Statement of Uncontested, Material Facts in Opposing of Summary Judgment.
5. Defendant Brandon Hoxie or Asst. Warden, Holtz has not call any officers that work,
6. that night in Cofinement. There were (5.) officers, And Hoxie

-1-

5. The Reason why is those people saw what was done to me by Officer Brandon Hoxie And they want to keep there jobs.
6. We dident have calendars or clocks in Cofinement, And noing what day it is, is Confusing.
7. But the botton line is I could see what they wa-
8. doing. Officer Hoxie put me in that unclean,
9. Shower. And when I saw the feces in the, shower he would not let me out the shower.
10. I see officer Hoxie every day in cofinement, but these people are acting like I can't see,
11. him. When I hollered saying there were feces in, the shower, the new officers ran and got officer,
12. Hoxie. When officer Hoxie saw the feces in the shower he hollered You did it, And,
13. he went into my cell And threw everything out.
14. When I was put back into my sell, I had, nothing to clean the feces out of my open,
15. Sores. in (24) hours I dident no nothing. I could only lay in my bunk, And suffer.

- 2 -

Proper exhaustion demands that the Plaintiff is, not near death, And that is what happon. When in coFinement nurse Patton And nurse, Oconners came and took me to the intermary, to shower And change Clothes, And I was, then Rush to Larkin Community Hospital At, 7031 S.W. 6nd Avenue, South Miami, Florida

### Proper Exhaustion

Demand that the Warden And Prison staff, do there Jobs.

1. The Grievance I File with the Warden was, Return with out Action Saying this office, will Address the issue with the Appropriate, Staff, But the Warden or none of his Staff, ever got back with me on the issues.

2. I am not a lawyer And I Provided As, much Relevant information I could in the, grievance.

3. I was under life and dealth And I, Chose life, I did as much as I could, under the Prison litigation Reform Act.

-3-

Page 3-4

1. No explanation was given as to why the grievance, was Returned without Action, this statement is by the Attorney General, but the grievance said to me that the office will address the issues with the, Approfriate Staff and Further look into this matter.

2. This is a grievance Pertaining to the incident Allege in the Plaintiff Complaint.

3. The grievance I wrote April 28, did Afford Prison Officials time to address the grievance internally, before I initiate a Federal lawsuit, but the, grievance was never address by Mr. Alan, McManus, And I had to act because I was getting very sick. I was near dealth.

4. Base on my grievances File I exhaust my, Administrative Remedies under Chapter 33, of the Florida Administrative Code with Respect, to the incident involving Officer Hoxie in my Complaint.

5. The grievance to the Secretary was Properly File.

-4-

6. My Grievance April 28, Alerted the institution to, A Problem so that it may Address the matter, At the institution but the institution didn't Address Anything, they put it off so long they never got Around back to the Grievance.

7. The Plaintiff did mention what happon during the writing of his Grievance, And there were, no investigation, they were waiting on the, Appropriate Staff, but they never got back, to me to look into the matter.

8. IF the institution wasn't Aware of A Problem, why would you all need A Special Staff or Appropriate Staff when the Grievance told of, What happon.

9. The Reason why I mention that Officer, Hoxie threw Away my Clean Clothes And, Rags is to show the eighth Amendment Violation under Cruel And Unusual, Punishment And Protect the Rights to, Safe And humane Conditions in Prison.

10. There were no Rules of Conduct by Warden, Bryner.

-5-

11. After not being help with the grievance to, April 28, to the Warden, the grievance was, Return without action, the Plaintiff Appeal, to the Secretary of Prison Juley Jones.

12. Mr. Hamlet the Plaintiff started off in, Cofinement on a illegal charge by Officer, Schultheiss and Captain Bensing. There wa no Section 1997e(a) as part of the Prison litigatio Reform Act, the Prison never held out, and nev held out Properly the Requirement, I started, Started out in Cofinement and I was Rush to the hospital. I was unable to write, or do anything until 2019.

When I became very sick.

The First week of May, 2018, I became, very sick from the bacterial infection. By Officer Hoxie takeing all my Clean Clothes And Rags, I had nothing to Clean the feces, And urine off my diabetic cuts, I became very sick in 24, hours.

-6-

The bacterial infection was so bad it destor my heart Valves (See William v. Smith, 781, F.2d.319,324,(2nd Cir 1986).

The Plaintiff went as far as he could, go, because of sickness and near death. After getting out the hospital the Plaintiff, wrote a grievance to the new Secretary, of Prison Mr. Mark Inch, concerning, Officer Hoxie and the bacterial infection he, Exspose me to. It was under Appeal and, Administerative Remedy. It was June 20, 2019. The log number is 19-6-24552, it was three, pages, long. The Plaintiff grievance April 28, 2018 is, about what Officer Hoxie did to me and force, the open wounds direct contact. I am not a, lawyer. The Prison was notified of the Problem, in the grievances, they just Refuse to see, them. See how many grievances I wrote.

-7-

7. Officer Hoxie when taking me back to my cell, he told the new Officer not to let me take A, Shower For A Week, And that's what they did,

8. I was so sick I could not shower, Anyway.

9. Due to Plaintiff infirm condiction And his Advanced, Age of 69 Years[(1)] And the inability to Access the law library, I Am unable to File A memorandum of law, Pursuant to, this Honorable Courts March 17, 2021 order.

10. If this Court is so disposed And in All Justice Feels, inclined, And Finds it necessary, A motion For extension, of time of (30) days, Plaintiff would be Able to File, A memorandum in Addition, Plaintiff has Recently, been tranFered From Martin Correctional Institution to Okeechobee Correctional.

I am a diabetic, I have Glocoma in both eyes, I us[e] A Walker due to chronic lower extremities From, the Officer Placing me in Feces incrusted Shower

-8-

1. The Administrative Authority was put on notice and alerted of a Problem so that it may Address the Matter at the institution, but they Refuse to Address the issues they were waiting on Proper staff. The grievance was File but Return without action it said the Office will Address the issues with the Appropriate Staff. I Provided As much Relevant information I could in the Administrative Grievance Process, but I was under life and or death situation, And I chose life. I did the best I could, Under the Prison litigation Reform Act. (PLRA).

## Conclusion

The Plaintiff was under life or death, And Chose life, but All the PLRA litigation Reform Act was did. And John J. Baiger the Asst. Attorney General was serve.

# Certificate of Service

I Hereby Certify that on March 29/21 /19 I File the foregoing document And, Sered to the individuals on the Attached Service List.

1. Office of The Attorney General, Assistant Attorney Gener[al], 110 S.E. 6th Street, 10th Floor, Fort Lauderdale, Florida, 33301-5001
   Barbara. Junge

2. United States District Court, Southern District of Florida, Office of the Clerk, Room 8n09. North Miami Avenue, Miami, Florida 33128-7716.

Middle Brooks/Reid.

(s) Lynn Edward Hamlet

Lynn Edward Hamlet #037170
Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, Florida, 34956-4397

- 10 -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-cv-14167-MIDDLEBROOKS/Reid

LYNN EDWARD HAMLET,

    Plaintiff,

v.

OFFICER HOXIE,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation ("Report") issued by Magistrate Judge Lisette M. Reid on April 8, 2020. (DE 43). The Defendant, Officer Hoxie, ("Defendant") has not timely filed objections.

Plaintiff, a state inmate, initiated this action against Defendant for violation of his constitutional rights under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that Defendant confined him "in conditions lacking basic sanitation." (DE 28 at 8). On February 18, 2020 Defendant filed a Motion to Dismiss. (DE 36). On March 13, 2020, Plaintiff responded. (DE 40). On March 20, 2020, Defendant replied. (DE 42).

The Report recommends that Defendant's Motion to Dismiss be denied. (DE 43). After a careful review of the record in this case, the Court agrees with the Report's recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) The Report (DE 43) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Defendant's Motion to Dismiss (DE 36) is **DENIED.**

## Statement of Facts By The Plaintiff

### Injuries I still Have And will never be without.

1. I still can't walk. without help, because of nerve damage, from the bacterial infection, I Am being
2. treated now For bacterial still in my body.
3. My eyes Are now About 40 Percent.
4. I Am still getting very large scores on my legs.
5. I Am now unable to work And will Always, have Problem careing For myself.
6. I was in imminent danger of serious Physical injury.

(s) Lynn Edward Hamlet #037110
Lynn Edward Hamlet
Okeechobee Correctional Institu
3420 N.E. 168th Street
Okeechobee, Florida. 34972

During my time in Cofinement I never had or, saw Captain Robert Woolverton or Moses Frost. And they made no Rounds on April 25, 2018. All Moses Frost was good at was Abusing, the black inmates. That's how he made, Captain so quick.

(52) On May 6, 2018, the Plaintiff was finish taking, his Hepatitis (C) medication. I never turn down, my Hepatitis (C) medication.

(53) The nurse was called because I was Suffering, from a bacterial infection. That Hoxie expose, me to. After April 25, 2018, I was very sick. And didn't no were I was.

(54) The Morning of April 26, 2018, I past out From the, bacterial in my body.

(55) no one went from cell to cell on April 26, 2018, And I had passed out, that's why there,

(56) was no Complants. Asst. Warden Holtz wrote, three grievances on me and never process, any of them in 2018.

= 13 =

