United States District Court, Southern District,
OF Florida.
Lynn Edward Hamlet
Plaintiff
V.
Martin Correctional Institution,
And Staff with Brandon Hoxie,
Defendants.

CASE: 2:18-CV-14167-MiDDleBrook
McAliley.


FILED BY __ D.C.
APR 09 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Sworn Affidavit Of Lynn Edward Hamlet Opposing Summary Judgment.

Pursuant to 28 U.S.C. §1746, I Lynn Edward Hamlet The Plaintiff, declare under Penalty of Perjury that the foregoing is true and correct, on this day, March 29, 2021 (S) Lynn Edward Hamlet #037110, Address Okeechobee Correctional Institution 3420, N.E. 168 Street, Okeechobee, Florida 34972.

1. Pursuant to Rule 56(c) of the Federal Rules of Civil Proced Plaintiff Lynn E. Hamlet opposes Summary Judgment, because his constitution rights were violated.

-1-

This case is not subject to dismissal under the Prison litigation Reform Act (PLRA. For The Plaintiff, was Rule on by Judge Lisette M. Reid.

I File A grievance to the Warden Bryner on April 28, 2018 log number 430-1805-0039. It was Answer by Security C. Martin Jr. It Said that they would look into the grievance when they have the proper staff, or appropriate staff. This was a grievance. This was on April 25, 2018 and on a Wenday, On Feiday April 27, 2018, I was not Allowed to take A shower. I File A grievance to Warden Bryner Pertaining to this incident, and it was answered by Captain Martin. <u>My grievance was Return with out Action.</u>

2. On April 17, 2018, The Plaintiff Lynn Edward Hamel, wrote A grievance to Seretary of Prison Ms. Julie Jor log number, 18-6-17531.

-2-

Proper exhaustion demands that the Plaintiff is, not near death, And that is what happon. When in cofinement nurse Patton And nurse, Oconners came and took me to the infermary, to shower And change clothes, And I was, then rush to Larkin Community Hospital At, 7031 S.W. 6nd Avenue, South Miami, Florida

## Proper Exhaustion

Demand that the Warden And Prison Staff, do there Jobs.

1. The grievance I file with the Warden was, Return with out action saying this office, will address the issue with the Appropriate, Staff, But the Warden or none of his Staff, ever got back with me on the issues.
2. I am not a lawyer And I provided as, much Relevant information I could in the, grievance.
3. I was under life and death And I, Chose life, I did as much as I could, under the Prison litigation Reform Act.

-3-

Page 3-4

1. No explanation was given as to why the grievance was returned without action, this statement is by the Attorney General, but the grievance said to me that the office will address the issues with the appropriate staff and further look into this matter.

2. This is a grievance pertaining to the incident alleged in the Plaintiff complaint.

3. The grievance I wrote April 28, did afford Prison Officials time to address the grievance internally before I initiate a federal lawsuit, but the grievance was never address by Mr. Alan McManus, and I had to act because I was getting very sick. I was near death.

4. Base on my grievances file I exhaust my Administrative Remedies under Chapter 33, of the Florida Administrative Code with respect to the incident involving Officer Hoxie in my complaint.

5. The grievance to the secretary was properly file.

-4-

6. My Grievance April 28, Alerted the institution to, A Problem so that it may Address the matter, At the institution but the institution didn't Address Anything, they Put it off so long they, never got Around back to the Grievance.

7. The Plaintiff did mention what happen during the writing of his Grievance, And there were, no investigation, they were waiting on the, Appropriate Staff, but they never got back, to me to look into the matter.

8. IF the institution wasn't Aware of A Problem, why would you all need A Special Staff or Appropriate Staff when the Grievance told of, what happen.

9. The Reason why I mention that officer, Hoxie threw Away my Clean Clothes And, Rags is to show the eighth Amendment, Violation under Cruel And Unusual, Punishment And Protect the Rights to, Safe And humane Conditions in Prison.

10. There were no Rules of Conduct by Warden, Bryner.

-5-

11. After not being help with the grievance to, April 28, to the Warden, the grievance was, return without action, the Plaintiff appeal, to the Secretary of Prison Juley Jones.

12. Mr. Hamlet the Plaintiff started off in, cofinement on a illegal charge by Officer, Schultheiss and Captain Bensing. There wa no Section 1997e(a) as part of the Prison litigatio Reform Act, the Prison never held out, and nev held out properly the requirement, I started, started out in cofinement and I was rush to the hospital. I was unable to write, or do anything until 2019.

When I became very sick.

The first week of May, 2018, I became, very sick from the bacterial infection. By Officer Hoxie takeing all my clean clothes and rags, I had nothing to clean the feces, and urine off my diabetic cuts, I became very sick in 24 hours.

-6-

The bacterial infection was so bad it destor my heart valves (see William v. Smith, 781, F.2d. 319, 324, (2nd Cir. 1986).

The Plaintiff went as far as he could, go, because of sickness and near death. After getting out the hospital the Plaintiff wrote a grievance to the new Secretary, of Prison Mr. Mark Inch, concerning, Officer Hoxie and the bacterial infection he, Exsposé me to. It was under appeal and, Administerative Remedy. It was June 20, 2019. The log number is 19-6-24552, it was three, pages, long. The Plaintiff grievance April 28, 2018 is, about what officer Hoxie did to me and force, the open wounds direct contact. I am not a, lawyer. The Prison was notified of the problem, in the grievances, they just refuse to see, them. See how many grievances I wrote.

-7-

1. The Administrative Authority was put on notice and alerted of a problem so that it may address the matter at the institution, but they refused to address the issues, they were waiting on proper staff. The grievance was filed, but
2. Return without action on it, it said the office will address the issues with the appropriate staff.
3. I provided as much relevant information I could in the Administrative Grievance Process, but I was under life or death situation and I chose life. I did the best I could under the Prison Litigation Reform Act (PLRA).

Conclusion

The Plaintiff was under life and death and chose life, but all the PLRA litigation Reform Act was did. And John J. Baiger the Assistant Attorney General was served.

-8-

## Certificate of Service

I HEREBY CERTIFY that on March 29, /19/21 I File the foregoing document and, Sered to the individuals on the Attached Service List.

Assistant Attorney General
1. Office of The Attorney General 110 S.E. 6TH Street, 10TH Floor, Fort Lauderdale, Florida, 33301-5001
Barbar A. Junge

2. United States District Court, Southern, District of Florida, Office of the Clerk, Room 8n09. North Miami Avenue, Miami, Florida 33128-7716.

Middle Brooks/Reid.

(s) Lynn Edward Hamlet  #037170
Lynn Edward Hamlet
Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, Florida, 34956-4397

-9-

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
APR 05 2019
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Hamlet Lynn E.     Chief Inspector General Mr. Fernand
Last / First / Middle Initial     037110
    DC Number     Martin Correctional Institution

**Part A – Inmate Grievance**     19-6-13630

To: Mr. Lester Fernandez

Mr. Fernandez sorry to keep involving you in my problem but who else to talk with. These people have move all the diabetic from A 4, but me, And they keep putting younger And younger inmate with me. To day is the 18th of march, And I had a diabetic seasure last night. My Room-mate never got up to help me And he said he heard me moning, And thought I was fakeing it. I finally Found a orange And ate the hulls And all to come out of the seasure. What would I have doon without the orange, went into a diabetic coma And died. I see now there is nothing you can do to help me, so I will start writing lawy And my family. Lt. Martin wife talk with him About moving me, were all the diabetic are but Colonel Lankford stop that. I no nothing will be done to stop the harassment, I have written you three letters and the secretary three letters, And nothing was done. I don't no if this grievance will reac you, but if it don't what can you do. Colonel Lankford has the mail Room people to stop my mail And they are he don't car about Rules or Regulations. When I try to show them the Rules they turn away. All my grievances are sent by, Searcy, Denney, Scabola, Barnhart, Shipley, And they have the copies for my protection. What can you say when Warden Rosser threatin to hurt me. It feel like 1864 And we are slaves again. Lt. Marti wife looked Ashame when I was coming back from the dining hall, Colonel Lankford probly said Fuck that nigga And his mother. Thanks but I wont write Again sorry.

3/18/2019
DATE

Lynn E. Hamlet 037110
SIGNATURE OF GRIEVANT AND D.C. #

- 24 -

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                                     #                 Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3/19/19 (Date)     Institutional Mailing Log #: _____     (430) NF 13f
                                                                                                              (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY     CENTRAL OFFICE
                         INMATE (2 Copies)          INMATE
                         INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                         INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED FEB 22 2019

PROVIDED TO MARTIN CORRECTIONAL INSTITUTION ON 2/18/19 FOR MAILING C.N.

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections
                                      Inmate Grievance Appeals

From or IF Alleging Sexual Abuse, on the behalf of:

Hamlet             Lynn        E.              03710          Martin Correctional I
Last               First       Middle Initial  DC Number      Institution

Hamlet Lynn E.
Secretary Mark Inch.    Part A – Inmate Grievance    19-6-08470

On February 16, 2019 my sell mate who is a third of my Age, Asulted me and the Captain did nothing. My Dorm Sgt. Sloane has been talking with me all week about this inmate. But I was told he could do nothing. Because of the law suit I file against these people they are putting me in harm way. Here is a inmate that was sent here because he is a trouble maker, and these people put him in a sell with a 67 years old inmate that just had heart sergery an a bacterial infection that almost kill him. I am writeing you Secretary because these people don't want to help me. I am filing a law suit on these people for negligent. I have been telling these Dorm Sargents all week about this inmate and these Sargents do nothing. Now I am battered and bruise, and they still do nothing. Because of the like of Rules of Conduct by Martin Correctional Institution Staff and Warden Bryner the officers are allowed to look the other way if they don't like a eldeerly inmate. Mr. Secretary I am writing to you because these people don't care about an elderly inmate. These people take me to medical to get bandage, and my ribs might be broke to, and they do nothing to to the inmate that assulted me. Please help me, my law suit I file put my life in danger. I want to file charges.

2-16-2019                               Lynn Hamlet #03710
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

- 25 -

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / _____
                                                                        #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2/18/19    Institutional Mailing Log #: _____    (P30) NF Lee
                          (Date)                                              (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY        CENTRAL OFFICE
               INMATE (2 Copies)           INMATE
               INMATE'S FILE               INMATE'S FILE
               INSTITUTIONAL GRIEVANCE

